## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors.<br><br>MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. CAMPBELL, JR. INC. (d/b/a CAMPBELL FINANCIAL CORP.), and JAMES E. CAMPBELL, JR.,<br><br>Defendants. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>Jointly Administered<br><br><br><br><br><br>Adv. Pro. No. 19-50965 (BLS) |

## MEDIATION STATUS REPORT

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated December 4, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than April 30, 2021 for the following reasons:

\_\_\_\_\_  A mediation session is scheduled to occur on _____.

\_\_\_\_\_  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

**  X  ** OTHER: The mediator has only recently made contact with Mr. Campbell, who is acting pro se.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

37903121.1 01/04/2021

Dated: January 4, 2021

                                            */s/ Lucian B. Murley*
                                            Lucian B. Murley (DE Bar No. 4892)
                                            **SAUL EWING ARNSTEIN & LEHR LLP**
                                            1201 N. Market Street, Suite 2300
                                            P.O. Box 1266
                                            Wilmington, DE  19899
                                            Telephone: (302) 421-6898
                                            luke.murley@saul.com

cc:    Jason Pomerantz, Esq.
        Mr. James E. Campbell

37903121.1 01/04/2021