**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>          Plaintiff,<br><br>          v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br><br>          Defendant. | Adversary Proceeding<br>No. 19-50965 (JKS) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, made applicable herein by Federal Rule of Bankruptcy Procedure 7056, Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff") hereby moves for summary judgment in his favor and against Defendant, James E. Campbell, Jr., Inc. d/b/a Campbell Financial Corp., and James E. Campbell, Jr. ("Defendant"). In support of this motion, Plaintiff relies on the record in

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

4858-9680-7924.1 94811.003

the adversary proceeding, the concurrently-filed declarations of Nicholas R. Troszak and Bradley D. Sharp (including all exhibits thereto), *Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment*, the *Request for Judicial Notice* and such additional facts and law as this Court may properly consider via judicial notice or otherwise.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant, substantially in the form of the proposed order attached hereto as **Exhibit 1**, and grant such other and further relief that the Court deems proper and just.

Dated:  October 31, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Jason S. Pomerantz (CA Bar No. 157216)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
        jspomerantz@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Plaintiff*