## EXHIBIT 1

**Proposed Order**

4858-9680-7924.1 94811.003

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding No. 19-50965 (JKS) |
| v. | |
| JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR., | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court on *Plaintiff'' Motion for Partial Summary Judgment* (the "Motion") filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in Plaintiff's favor and against Defendant, James E. Campbell, Jr., Inc. d/b/a Campbell Financial Corp., and James E. Campbell, Jr. ("Defendant") on all counts in the *Complaint Objecting to Claims and*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows:  Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

4858-9680-7924.1 94811.003

*Counterclaiming for Avoidance and Recovery of Avoidable Transfers, for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and for Aiding and Abetting Fraud* [Adv. Docket No. 1] (the "Complaint"); and the Court having determined that the legal and factual bases set forth in the Motion, the accompanying *Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment*, and the declarations of Nicholas R. Troszak and Bradley D. Sharp (including all exhibits thereto) and the *Request for Judicial Notice* establish just cause for the relief requested in the Motion; and the Court having jurisdiction to consider and determine the Motion; and the Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    Plaintiff shall have judgment in the amount of $_____ against Defendant.

3.    Plaintiff is awarded prejudgment interest, the calculation of which shall be determined through a separately scheduled hearing.

4.    Plaintiff is authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order.

5.    The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Order.

6.    This Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order.