**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br><br>　　　　　　　　Defendant. | Adversary Proceeding<br>No. 19-50965 (JKS) |

**DECLARATION OF BRADLEY D. SHARP**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Bradley D. Sharp, make this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746 and state as follows:

1. I offer this declaration in support of *Plaintiff's Motion for Partial Summary Judgment* (the "Motion")[2] filed by Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff" or the "Liquidating Trustee"). I have personal

---

[1]　The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows:  Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).   The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4889-2817-3554.1 94811.003

knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I am the President and CEO of Development Specialists, Inc. ("DSI" or the "Firm"). I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to these facts.

3. In connection with DSI's role in the above referenced case, and my particular duties, I prepared a Declaration, dated as of October 19, 2018 (the "Declaration"), that was filed in support of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and its Affiliated Debtors. A copy of the Declaration was also admitted into evidence at the hearing. A conformed copy of the Declaration is attached hereto.

4. I stand by the findings and conclusions set forth in the Declaration in all respects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: October 15, 2024

_____
Bradley D. Sharp

4860-4538-2126.1 94811.003

2