# EXHIBIT 2

| | |
|---|---|
| **From:** | Monique Van Winkle <mvanwinkle@woodbridgewealth.com> |
| **Sent:** | Tuesday, June 28, 2016 10:10 AM |
| **To:** | jamesq@campbellfin.com |
| **Cc:** | Dave Goldman; Investments Processing |
| **Subject:** | FPCM - Docs Received Receipt - $25,000.00 - Luke M. Bowman - FLAT SHOALS ROAD - DECATUR, GA - ID #20160609084115 |

Good Afternoon Mr. Campbell,

This email is to inform you that we are in receipt of the Senior Position Package for the following offer below:

**Transaction ID Number:** 20160609084115
**Lender:** Luke M. Bowman
**Amount:** $25,000.00
**Property:** FLAT SHOALS ROAD - DECATUR, GA
**Date Received:** 06/27/2016
Reposition from OREGON - CUTCHOGUE, NY

Should you have any questions, please do not hesitate to contact your agent, David Goldman for further assistance.



### Monique Van Winkle
Document Processor
phone: 818-386-6300
site: www.WoodbridgeWealth.com
email: mvanwinkle@woodbridgewealth.com
address: 14140 Ventura Blvd. Suite 302
Sherman Oaks, CA 91423

WOODBRIDGE WEALTH





This electronic mail message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive this message for the intended addressee), you may not use, copy, or disclose to anyone this message or any information contained in this message (including any & all attachments). If you have received this electronic mail message in error, please advise the sender by reply and delete the message. *Thank you.*

1