# EXHIBIT 3

| | |
|---|---|
| **From:** | Sue Archer <sue@yoursafemoneypeople.com> |
| **Sent:** | Thursday, June 2, 2016 12:55 PM |
| **To:** | 'Dayne Roseman' |
| **Cc:** | 'Patricia Sullivan' |
| **Subject:** | Request for Flyers & Copy of James Johnson's Contract |
| **Attachments:** | WOODBRIDGE FLYER WITHOUT AMIS.pdf; AppointmentCard.pdf |

Hi, Dayne,

Can you please help me with the following requests?

1) We would <u>love</u> a bunch of copies of the attached flyer, personalized for All Mark/James Johnson. The attached PDF has our info.

2) Neither Jim nor I recall receiving a copy of his contract with Woodbridge. Would you be able to send me an executed copy for our files?

Thank you and have a great day!

**<u>NOTE</u>: *Our office has moved. Please make a note of our new address: 25201 Paseo de Alicia, Ste 280, Laguna Hills, CA 92653-4626.***

Sincerely,

**Sue Archer**
**Executive Assistant to James Johnson**

**Click here to download our APP so we can be there when you need us** <u>http://safemoney.insurancetapp.com</u>

 

Direct: (949) 421-8660
Toll Free: (800) 538-8001
Office: (949) 830-3380
Fax: (949) 830-3340
<u>Sue@yoursafemoneypeople.com</u>

# **www.yoursafemoneypeople.com**

N O T I C E O F C O N F I D E N T I A L I T Y This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete

1

this email from your system completely so as not to have the ability to retrieve this email from any data retrieval and/or protection systems either locally or remotely.

# Short term, dynamic growth in a SECURED PRODUCT

- Short term of 1 year
- Fixed annual yields of 5%
- Immediate monthly payments
- Secured by commercial real estate
- Recorded first lien position
- Woodbridge is your partner

# Woodbridge offers lenders PEACE OF MIND

- Our management team has over 35 years of unsurpassed experience and reliability
- Proven ability to find attractive financial opportunities
- Performance and stability

# Choose the opportunity that is RIGHT FOR YOU

As a private lender, Woodbridge will provide you with available lending opportunities on a daily basis. These feature an array of properties nationwide that may range from $50,000 to $5,000,000. Select the one that works best for you and helps you achieve your financial goals.



LIVEABUNDANT

OPTIMIZE ASSETS • REDEFINE RETIREMENT • GENERATE AUTHENTIC WEALTH

## Get Started Now:

888-987-5665

6340 S. 3000 E., Ste 280
Salt Lake City, UT 84121



WOODBRIDGE WEALTH

Are you earning a
# 5% YIELD
for one year?

The

## is a BETTER solution for your money.



Case 19-50965-JKS    Doc 74-3    Filed 10/31/24    Page 5 of 8

# Why PARTNER with Woodbridge?

With a management team that has over 35 years of experience in offering financial opportunities, our hard-earned reputation for reliability and service is second to none. We provide our valued clients with a steady stream of superior financial products.

Woodbridge realizes the higher yield potential of First Position Commercial Mortgages (FPCMs) because of our extensive experience with commercial loans, first mortgages, and real estate acquisitions. We maintain a highly successful lending model, built on years of handling large-scale commercial mortgages.

In today's uncertain environment, we offer safer alternatives to help our clients reach their financial goals. For private lenders seeking to earn higher fixed annual yields with the assurance that their funds are secured by commercial real estate, Woodbridge has the solution.

# FPCM OPPORTUNITY

Picture a unique lending opportunity with higher yields that is simpler, safer, and more secured. That is exactly what First Position Commercial Mortgages can achieve.

Woodbridge funds 1-year bridge loans to commercial property owners. Each bridge loan is secured by a valuable hard asset—the subject property itself. Each property holds a low loan-to-value (LTV) ratio. That means the property that secures these FPCMs are worth more than the loans themselves at closing.



WOODBRIDGE WEALTH

# THE ADVANTAGES of FPCMs

As a private lender, you are recorded on title and acquire a first lien position on these notes. Lenders are paid immediate monthly interest payments at a fixed annual yield of five percent (5%) for 1 year.

We are so confident in these notes that Woodbridge partners with you by lending our own funds and holding a second lien position behind your first lien position. Woodbridge contractually obligates itself by Promissory Notes and Loan Agreements to pay the monthly interest payments and return the principal at the end of the term.



### Northborough Drive—Houston, TX

| | |
|---|---|
| APPRAISED VALUE | $4,000,000 |
| FIRST LIEN POSITION | $1,350,000 |
| SECOND LIEN** | $150,000 |
| LOAN-TO-VALUE | 34% |
| TERM | 12 MONTHS |
| LENDER PRICE | $50,000 |
| INTEREST RATE | 5% |
| MONTHLY INTEREST | $208.33 |

**Woodbridge holds the second lien position on all properties.

# How does Woodbridge PROTECT PRIVATE LENDERS?

**ASSESSMENT ▶** Woodbridge thoroughly evaluates each property by conducting a comprehensive appraisal to confirm market value, and a title search is performed to make sure that lenders receive a first lien position.

**BACKING ▶** As your partner and the second position lien holder, Woodbridge is obligated to make interest payments to lenders, regardless of the status of the underlying loan.

**COLLATERAL ▶** With loan-to-value ratios of 60% or less, the property's equity is your collateral.



# All Mark

**YOUR SAFE MONEY PEOPLE**

*I look forward to meeting with you...*

Date: _____

Time: _____

Location: _____

25201 Paseo de Alicia #280 ✶ Laguna Hills, CA 92653 ✶ Tel: (800) 538-8001 ✶ Fax: (949) 830-3340
info@yoursafemoneypeople.com ✶ www.yoursafemoneypeople.com ✶ CA Lic. #OE18199






Case 19-50965-JKS   Doc 74-3   Fi

## WHY WOODBRIDGE WEALTH?

The Woodbridge management team has more than three decades of experience in the financial industry, and with it, unparalleled experience in large-scale commercial real estate lending. We take the time to listen, then develop financial alternatives to meet your clients' needs.

Our track record on large-scale real estate opportunities is proven, which is why we also lend our own funds. We've closed more than $2 billion in financial transactions, and every individual who has previously taken part in a Woodbridge product has received their interest and principal as promised. We succeed when our co-lenders succeed.

.

## WHAT IS THE CO-LENDING OPPORTUNITY?

The Co-Lending Opportunity (CLO) is an alternative financial opportunity enabling your clients to lend on large-scale real estate loans. This lending opportunity gives every day individuals the ability to earn interest income directly secured by real estate.

.

## OUR CLO: THE BASICS

Our Co-Lending Opportunity is designed for co-lenders like your clients, but it all starts with the right borrowers. Woodbridge sources unique, secured lending opportunities with property owners who have significant equity in collateralized real estate. After due diligence is performed, we and your clients, as co-lenders, originate a short, 9-month loan.

Woodbridge services each commercial loan and subordinates all of its interest to your clients. As co-lenders, your clients can enjoy a low first position LTV (Loan-To-Value) ratio of 60% or less. And because you are serving as a Real Estate Mortgage Advisor (REMA) during the loan term, you may also enjoy as high as a 3% renewable REMA fee.

### Our track record on large-scale
# real estate opportunities is proven.

## WHAT DOES OUR CO-LENDING OPPORTUNITY DELIVER?

There are many advantages that come along with our Co-Lending Opportunity. Here are some of the highlights:

- ▷ **Short terms: Only 9 months.**
- ▷ **A minimum of 6% (effective) annualized monthly interest payments.**
- ▷ **First lien position with name recorded on title.**
- ▷ **Woodbridge lends its own funds in a subordinate position.**
- ▷ **Low LTV: 60% or less.**
- ▷ **Co-loan directly secured by real estate.**
- ▷ **Renewable REMA fees.**
- ▷ **Protection: Woodbridge is contractually obligated to take over foreclosure proceedings.**

## HOW DOES WOODBRIDGE PROTECT YOUR CLIENTS?

We're committed to ensuring success for our co-lenders every step of the way.

PROPERTY REVIEW: We focus our lending in very affluent areas within historically stable markets to mitigate risk, and we thoroughly review every property we lend against—this includes property appraisals, site inspections, and a rigorous title search. We make sure that your clients maintain first lien position on the property and their names are recorded on title. Moreover, we ensure your clients have had an opportunity to request and review additional information available about the loan, the borrower, and the property.

PROTECTION DURING THE LOAN: We require borrowers to maintain lender's coverage, all applicable hazard insurance, and title insurance on the property.

COLLATERAL: Woodbridge searches for opportunities with low first position loan-to-value ratios for our co-lenders of 60% or less. Your clients' collateral is a hard asset. Should the borrower default, Woodbridge is contractually obligated to take over foreclosure proceedings.

# We are committed to ensuring success...