# EXHIBIT 4

Exhibit A
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 29010 | 12/04/17 | 11/27/17 | CAMPBELL FINANCIAL CORP | | $ 900.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28715 | 12/04/17 | 11/21/17 | CAMPBELL FINANCIAL CORP | $ 891.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28715 | 12/04/17 | 11/21/17 | CAMPBELL FINANCIAL CORP | 356.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28715 | 12/04/17 | 11/21/17 | CAMPBELL FINANCIAL CORP | | 2,140.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26302 | 12/04/17 | 09/25/17 | CAMPBELL FINANCIAL CORP | | 1,882.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26450 | 12/04/17 | 09/22/17 | CAMPBELL FINANCIAL CORP | | 562.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26451 | 12/04/17 | 09/22/17 | CAMPBELL FINANCIAL CORP | | 562.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26258 | 12/04/17 | 09/22/17 | CAMPBELL FINANCIAL CORP | | 375.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26259 | 12/04/17 | 09/22/17 | CAMPBELL FINANCIAL CORP | | 562.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24226 | 12/04/17 | 09/11/17 | CAMPBELL FINANCIAL CORP | | 1,026.26 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14301 | 12/04/17 | 09/11/17 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| | | | TOTALS - 90 DAY | | 1,248.34 | 9,011.26 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 7,762.92 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24642 | 12/04/17 | 08/14/17 | CAMPBELL FINANCIAL CORP | | 900.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24643 | 12/04/17 | 08/14/17 | CAMPBELL FINANCIAL CORP | 666.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24643 | 12/04/17 | 08/14/17 | CAMPBELL FINANCIAL CORP | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24364 | 12/04/17 | 08/14/17 | CAMPBELL FINANCIAL CORP | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23823 | 12/04/17 | 08/01/17 | CAMPBELL FINANCIAL CORP | | 5,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23533 | 12/04/17 | 07/24/17 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23534 | 12/04/17 | 07/24/17 | CAMPBELL FINANCIAL CORP | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23535 | 12/04/17 | 07/24/17 | CAMPBELL FINANCIAL CORP | 750.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23535 | 12/04/17 | 07/24/17 | CAMPBELL FINANCIAL CORP | | 2,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23180 | 12/04/17 | 07/17/17 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23009 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | | 2,054.84 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22880 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | | 436.69 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22881 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | 971.06 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22881 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | | 2,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22882 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | 1,248.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22882 | 12/04/17 | 07/12/17 | CAMPBELL FINANCIAL CORP | | 2,140.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22647 | 12/04/17 | 07/03/17 | CAMPBELL FINANCIAL CORP | 1,775.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22647 | 12/04/17 | 07/03/17 | CAMPBELL FINANCIAL CORP | | 4,260.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21772 | 12/04/17 | 06/13/17 | CAMPBELL FINANCIAL CORP | 375.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21772 | 12/04/17 | 06/13/17 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21730 | 12/04/17 | 06/13/17 | CAMPBELL FINANCIAL CORP | 1,250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21730 | 12/04/17 | 06/13/17 | CAMPBELL FINANCIAL CORP | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21205 | 12/04/17 | 05/24/17 | CAMPBELL FINANCIAL CORP | 413.42 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21205 | 12/04/17 | 05/24/17 | CAMPBELL FINANCIAL CORP | | 826.83 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21206 | 12/04/17 | 05/24/17 | CAMPBELL FINANCIAL CORP | 1,272.82 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21206 | 12/04/17 | 05/24/17 | CAMPBELL FINANCIAL CORP | | 2,545.63 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20387 | 12/04/17 | 05/04/17 | CAMPBELL FINANCIAL CORP | 1,500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20387 | 12/04/17 | 05/04/17 | CAMPBELL FINANCIAL CORP | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19396 | 12/04/17 | 04/06/17 | CAMPBELL FINANCIAL CORP | | 875.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18960 | 12/04/17 | 03/21/17 | CAMPBELL FINANCIAL CORP | 97.22 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18960 | 12/04/17 | 03/21/17 | CAMPBELL FINANCIAL CORP | | 625.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18851 | 12/04/17 | 03/21/17 | CAMPBELL FINANCIAL CORP | | 1,256.75 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18051 | 12/04/17 | 02/23/17 | CAMPBELL FINANCIAL CORP | | 4,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17715 | 12/04/17 | 02/09/17 | CAMPBELL FINANCIAL CORP | 833.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17715 | 12/04/17 | 02/09/17 | CAMPBELL FINANCIAL CORP | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17167 | 12/04/17 | 01/24/17 | CAMPBELL FINANCIAL CORP | | 628.94 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16812 | 12/04/17 | 01/18/17 | CAMPBELL FINANCIAL CORP | | 2,140.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16246 | 12/04/17 | 12/27/16 | CAMPBELL FINANCIAL CORP | | 875.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 50348 | 12/04/17 | 12/27/16 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORP | | 112.02 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15304 | 12/04/17 | 12/01/16 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15305 | 12/04/17 | 12/01/16 | CAMPBELL FINANCIAL CORP | | 1,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15182 | 12/04/17 | 12/01/16 | CAMPBELL FINANCIAL CORP | | 2,732.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15007 | 12/04/17 | 11/25/16 | CAMPBELL FINANCIAL CORP | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14662 | 12/04/17 | 11/25/16 | CAMPBELL FINANCIAL CORP | 291.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14662 | 12/04/17 | 11/25/16 | CAMPBELL FINANCIAL CORP | | 4,260.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14012 | 12/04/17 | 10/24/16 | CAMPBELL FINANCIAL CORP | | 2,100.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14015 | 12/04/17 | 10/24/16 | CAMPBELL FINANCIAL CORP | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13940 | 12/04/17 | 10/24/16 | CAMPBELL FINANCIAL CORP | 666.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13940 | 12/04/17 | 10/24/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13674 | 12/04/17 | 10/19/16 | CAMPBELL FINANCIAL CORP | | 580.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13011 | 12/04/17 | 09/26/16 | CAMPBELL FINANCIAL CORP | 375.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13011 | 12/04/17 | 09/26/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9314 | 12/04/17 | 09/01/16 | CAMPBELL FINANCIAL CORP | 625.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9314 | 12/04/17 | 09/01/16 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8946 | 12/04/17 | 08/29/16 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8701 | 12/04/17 | 08/15/16 | CAMPBELL FINANCIAL CORP | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8524 | 12/04/17 | 08/11/16 | CAMPBELL FINANCIAL CORP | | 171.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8404 | 12/04/17 | 08/11/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8063 | 12/04/17 | 08/11/16 | CAMPBELL FINANCIAL CORP | 156.25 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8063 | 12/04/17 | 08/11/16 | CAMPBELL FINANCIAL CORP | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7939 | 12/04/17 | 07/27/16 | CAMPBELL FINANCIAL CORP | | 5,782.30 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8026 | 12/04/17 | 07/26/16 | CAMPBELL FINANCIAL CORP | | 2,100.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7324 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | 250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7324 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | 250.00 | |

Exhibit A
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7324 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7211 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7212 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7213 | 12/04/17 | 07/05/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6727 | 12/04/17 | 06/23/16 | CAMPBELL FINANCIAL CORP | | 631.62 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6728 | 12/04/17 | 06/23/16 | CAMPBELL FINANCIAL CORP | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6543 | 12/04/17 | 06/20/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6286 | 12/04/17 | 06/13/16 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5904 | 12/04/17 | 06/03/16 | CAMPBELL FINANCIAL CORP | 520.83 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5904 | 12/04/17 | 06/03/16 | CAMPBELL FINANCIAL CORP | | 625.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5489 | 12/04/17 | 05/23/16 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5417 | 12/04/17 | 05/23/16 | CAMPBELL FINANCIAL CORP | | 1,072.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5418 | 12/04/17 | 05/23/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5287 | 12/04/17 | 05/16/16 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5013 | 12/04/17 | 05/09/16 | CAMPBELL FINANCIAL CORP | | 3,550.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5014 | 12/04/17 | 05/09/16 | CAMPBELL FINANCIAL CORP | | 3,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5024 | 12/04/17 | 05/09/16 | CAMPBELL FINANCIAL CORP | 1,458.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5024 | 12/04/17 | 05/09/16 | CAMPBELL FINANCIAL CORP | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4233 | 12/04/17 | 04/13/16 | CAMPBELL FINANCIAL CORP | | 2,054.84 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3981 | 12/04/17 | 04/11/16 | CAMPBELL FINANCIAL CORP | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3377 | 12/04/17 | 03/18/16 | CAMPBELL FINANCIAL CORP | | 625.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3295 | 12/04/17 | 03/18/16 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORP | | 4,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3068 | 12/04/17 | 03/14/16 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3068 | 12/04/17 | 03/14/16 | CAMPBELL FINANCIAL CORP | 500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2899 | 12/04/17 | 03/08/16 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2637 | 12/04/17 | 03/02/16 | CAMPBELL FINANCIAL CORP | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 2553 | 12/04/17 | 03/02/16 | CAMPBELL FINANCIAL CORP | | 2,532.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 1790 | 12/04/17 | 02/04/16 | CAMPBELL FINANCIAL CORP | | 224.84 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 1791 | 12/04/17 | 02/04/16 | CAMPBELL FINANCIAL CORP | | 2,612.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 1485 | 12/04/17 | 01/25/16 | CAMPBELL FINANCIAL CORP | | 400.91 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 1116 | 12/04/17 | 01/15/16 | CAMPBELL FINANCIAL CORP | | 30.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 1117 | 12/04/17 | 01/15/16 | CAMPBELL FINANCIAL CORP | | 1,080.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33974 | 12/04/17 | 01/12/16 | CAMPBELL FINANCIAL CORP | | 2,076.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33700 | 12/04/17 | 01/04/16 | CAMPBELL FINANCIAL CORP | 2,916.67 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33700 | 12/04/17 | 01/04/16 | CAMPBELL FINANCIAL CORP | 388.89 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33700 | 12/04/17 | 01/04/16 | CAMPBELL FINANCIAL CORP | | 3,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33447 | 12/04/17 | 12/22/15 | CAMPBELL FINANCIAL CORP | 145.83 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33447 | 12/04/17 | 12/22/15 | CAMPBELL FINANCIAL CORP | | 5,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33202 | 12/04/17 | 12/08/15 | CAMPBELL FINANCIAL CORP | | 1,050.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33222 | 12/04/17 | 12/08/15 | CAMPBELL FINANCIAL CORP | 1,666.67 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33222 | 12/04/17 | 12/08/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| | | | | TOTALS - 2 YEAR (INCL. 90 DAY) | 22,613.00 | 168,779.47 |
| | | | | | | |
| | | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | 146,166.47 |
| | | | | | | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33062 | 12/04/17 | 12/01/15 | CAMPBELL FINANCIAL CORP | 1,500.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 33062 | 12/04/17 | 12/01/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32881 | 12/04/17 | 11/23/15 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32893 | 12/04/17 | 11/23/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32894 | 12/04/17 | 11/23/15 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32924 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | 1,350.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32924 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | | 1,800.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32925 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | 780.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32925 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | | 1,260.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32926 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | 777.78 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32926 | 12/04/17 | 11/17/15 | CAMPBELL FINANCIAL CORP | | 875.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32746 | 12/04/17 | 11/13/15 | CAMPBELL FINANCIAL CORP | | 395.40 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32747 | 12/04/17 | 11/13/15 | CAMPBELL FINANCIAL CORP | 875.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32747 | 12/04/17 | 11/13/15 | CAMPBELL FINANCIAL CORP | | 2,397.96 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32748 | 12/04/17 | 11/13/15 | CAMPBELL FINANCIAL CORP | 3,111.11 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32748 | 12/04/17 | 11/13/15 | CAMPBELL FINANCIAL CORP | | 3,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32560 | 12/04/17 | 11/02/15 | CAMPBELL FINANCIAL CORP | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32375 | 12/04/17 | 10/20/15 | CAMPBELL FINANCIAL CORP | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32278 | 12/04/17 | 10/19/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32261 | 12/04/17 | 10/13/15 | CAMPBELL FINANCIAL CORP | | 625.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32268 | 12/04/17 | 10/13/15 | CAMPBELL FINANCIAL CORP | | 3,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32269 | 12/04/17 | 10/13/15 | CAMPBELL FINANCIAL CORP | | 3,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32187 | 12/04/17 | 10/09/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 32034 | 12/04/17 | 09/29/15 | CAMPBELL FINANCIAL CORP | | 875.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31956 | 12/04/17 | 09/29/15 | CAMPBELL FINANCIAL CORP | | 875.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31849 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | | 964.64 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31850 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | | 2,969.91 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31787 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | | 625.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31775 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | 1,925.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31775 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | | 2,100.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31752 | 12/04/17 | 09/18/15 | CAMPBELL FINANCIAL CORP | | 5,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31664 | 12/04/17 | 08/31/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31649 | 12/04/17 | 08/18/15 | CAMPBELL FINANCIAL CORP | 190.00 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31649 | 12/04/17 | 08/18/15 | CAMPBELL FINANCIAL CORP | 30.00 | |

Exhibit A
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31649 | 12/04/17 | 08/18/15 | CAMPBELL FINANCIAL CORP | | 1,260.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31588 | 12/04/17 | 08/18/15 | CAMPBELL FINANCIAL CORP | | 1,800.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31443 | 12/04/17 | 07/27/15 | CAMPBELL FINANCIAL CORP | 1,266.67 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31443 | 12/04/17 | 07/27/15 | CAMPBELL FINANCIAL CORP | 416.67 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31443 | 12/04/17 | 07/27/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31422 | 12/04/17 | 07/27/15 | CAMPBELL FINANCIAL CORP | | 2,100.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31409 | 12/04/17 | 07/27/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 7360 | 12/04/17 | 07/20/15 | CAMPBELL FINANCIAL CORP | | 62.50 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31182 | 12/04/17 | 06/26/15 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31152 | 12/04/17 | 06/23/15 | CAMPBELL FINANCIAL CORP | | 2,100.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31153 | 12/04/17 | 06/23/15 | CAMPBELL FINANCIAL CORP | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31099 | 12/04/17 | 06/22/15 | CAMPBELL FINANCIAL CORP | 1,583.33 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31099 | 12/04/17 | 06/22/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31085 | 12/04/17 | 06/22/15 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31010 | 12/04/17 | 06/08/15 | CAMPBELL FINANCIAL CORP | 468.75 | |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 31010 | 12/04/17 | 06/08/15 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30778 | 12/04/17 | 05/13/15 | CAMPBELL FINANCIAL CORP | | 562.50 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30643 | 12/04/17 | 04/24/15 | GAMPBELL FINANCIAL CORP | | 1,900.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30594 | 12/04/17 | 04/23/15 | CAMPBELL FINANCIAL CORP | | 650.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30445 | 12/04/17 | 04/02/15 | CAMPBELL FINANCIAL CORP | | 1,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30400 | 12/04/17 | 03/27/15 | CAMPBELL FINANCIAL CORP | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30376 | 12/04/17 | 03/27/15 | CAMPBELL FINANCIAL CORP | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 5394 | 12/04/17 | 02/27/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,320.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 5397 | 12/04/17 | 02/27/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30163 | 12/04/17 | 02/03/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30164 | 12/04/17 | 02/03/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 30177 | 12/04/17 | 02/03/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 3,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29986 | 12/04/17 | 01/23/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 3,520.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29993 | 12/04/17 | 01/23/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 240.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29864 | 12/04/17 | 01/20/15 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 3,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29203 | 12/04/17 | 12/19/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 120.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29204 | 12/04/17 | 12/19/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,850.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29205 | 12/04/17 | 12/19/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 29145 | 12/04/17 | 12/19/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 40.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 28833 | 12/04/17 | 12/08/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 28762 | 12/04/17 | 12/01/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 28396 | 12/04/17 | 11/17/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,651.90 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 27073 | 12/04/17 | 10/01/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26700 | 12/04/17 | 09/15/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26702 | 12/04/17 | 09/15/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26703 | 12/04/17 | 09/15/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,280.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26704 | 12/04/17 | 09/15/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 360.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26715 | 12/04/17 | 09/11/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 26187 | 12/04/17 | 09/02/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,800.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 25552 | 12/04/17 | 07/31/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 23007 | 12/04/17 | 04/01/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,900.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 22550 | 12/04/17 | 03/07/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 22457 | 12/04/17 | 03/03/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 500.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 21525 | 12/04/17 | 01/13/14 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 5,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 21373 | 12/04/17 | 12/31/13 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 2,640.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | 21152 | 12/04/17 | 12/18/13 | JAMES CAMPBELL/CAMPBELL FINANCIAL CORF | | 1,350.00 |

| | | | | TOTALS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | $ 36,887.31 | $ 291,749.28 |

| | | | | NET DISBURSEMENTS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | | $ 254,861.97 |

Exhibit B

Schedule of Claims Contributed by Investors

Broker(s): Campbell Financial Corp / James Campbell

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
| --- | --- | --- | --- | --- |
| | Class 3 | Class 5 | Class 3 | Class 5 |
| ARLIE & BARBARA KYZER | $ 75,000.00 | $ - | $ 66,767.70 | $ - |
| BETTY LOU HARVEY | 100,000.00 | - | 98,227.80 | - |
| BETTY LOU HARVEY TR DTD 04/10/96 | 260,000.00 | - | 195,948.58 | - |
| CARL & DELLA CLARK | 125,000.00 | - | 110,999.94 | - |
| DOUGLAS W & MARLA K WISE | 100,000.00 | - | 64,357.50 | - |
| FREDERICK WARREN LEBLANC | - | 230,000.00 | - | 208,434.68 |
| JANET P BRINK RT 01/19/94-JANET BRINK TR | - | 50,000.00 | - | 35,083.22 |
| LYNN & KAY STRICKLAN | - | 100,000.00 | - | 78,864.04 |
| MAINSTAR-FBO ANNA N LEBLANC | 31,581.00 | - | 28,455.37 | - |
| MAINSTAR-FBO BETTY K GUNNOE | 102,742.10 | - | 76,777.06 | - |
| MAINSTAR-FBO FREDERICK LEBLANC | 30,000.00 | 266,000.00 | 24,837.28 | 220,223.91 |
| MAINSTAR-FBO JANET P BRINK | 27,561.16 | - | 21,934.13 | - |
| MAINSTAR-FBO JASON A LEBLANC | 31,446.82 | - | 29,508.47 | - |
| MAINSTAR-FBO KAY HARBER STRICKLAN | - | 71,000.00 | - | 60,192.20 |
| MAINSTAR-FBO LYNN DAVID STRICKLAN | - | 65,000.00 | - | 55,105.54 |
| MAINSTAR-FBO ROGER W BRINK | 114,854.47 | - | 91,592.57 | - |
| MARK E HARTER | 125,000.00 | - | 94,428.59 | - |
| PROV. TR GP-FBO BETTY LOU HARVEY ROTH IRA | 116,834.37 | - | 88,885.11 | - |
| PROV. TR GP-FBO MIRA A KURIEN ROTH IRA | 50,000.00 | - | 38,930.56 | - |
| PROV. TR GP-FBO ROBERT CENTRONE IRA | 29,000.00 | 194,452.47 | 20,220.98 | 135,586.87 |
| PROV. TR GP-FBO THERESA CENTRONE IRA | 107,000.00 | - | 91,280.06 | - |
| ROBERT J & THERESA CENTRONE | 105,000.00 | - | 74,115.42 | - |
| ROGER W & JANET P BRINK | 200,000.00 | 100,000.00 | 158,497.17 | 79,248.59 |
| ROGER W BRINK RT 01/19/94-ROGER BRINK TR | - | 50,000.00 | - | 35,083.22 |
| ROSALIE F WISELY | 100,000.00 | - | 94,949.95 | - |
| THE RAY & KAREN BARRY FT 06/14/02 | 50,000.00 | - | 38,408.37 | - |
| THE WAIT FRLT DTD 03/09/99 | 50,000.00 | - | 45,510.63 | - |
| Totals | $ 1,931,019.92 | $ 1,126,452.47 | $ 1,554,633.24 | $ 907,822.27 |