## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. CAMPBELL JR. INC. (D/B/A CAMPBELL FINANCIAL CORD.), and JAMES E. CAMPBELL, JR.,,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-50965 (JKS) |

### REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

In connection with its Motion for Summary Judgment, Plaintiff Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust. ("Plaintiff"), hereby requests this Court take judicial notice of the attached documents pursuant to Rule 201 of the Federal Rules of Evidence.

Fed. R. Evid. 201(b) provides that "the court may judicially notice a fact that is not subject to reasonable dispute because it . . . (2) can be accurately and readily determined from

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616).  The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

4877-2924-9011.1 94811.003

sources whose accuracy cannot reasonably be questioned." The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).  A court may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue. *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)  *Asdar Grp. v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996) (court may take judicial notice of the pleadings and court orders in earlier related proceedings). A court may also take judicial notice of matters of public record.  *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir.2001).

Plaintiff requests this Court take judicial notice of the following documents:

1.      On October 26, 2018, the U.S. Bankruptcy Court for the District of Delaware entered the "Findings of Fact, Conclusions of Law and Order Confirming the First Amended Chapter 11 Plan  of Liquidation of Woodbridge Group of Companies LLC and its Affiliated Debtors (the "Confirmation Order") [Docket No. 2903].  A true and correct copy of the Confirmation Order without exhibits A and B [Docket Nos. 2903-1 and 2903-2] is attached hereto as **Exhibit "A".**

2.      On October 15, 2019, the U.S. District Court, Southern District of Florida, Miami Division held a sentencing hearing Before the Honorable Cecilia M. Altonaga for Robert Shapiro.  A true and correct copy of the transcript of the Sentencing Hearing is attached hereto as **Exhibit "B".**

3.      On May 4, 2015, the Commonwealth of Massachusetts and Woodbridge Group of Companies, LLC, *et al.* entered into a Consent Order wherein Woodbridge agreed to no longer sell FPCMs to investors in Massachusetts. A true and correct copy of the Consent Order is attached hereto as **Exhibit "C".**

4.      On <u>July 17, 2015</u>, the State of Texas Securities Board, issued an Emergency Cease and Desist Order with respect to the offer and sale of Woodbridge securities. A true and correct copy of the Emergency Cease and Desist Order is attached hereto as **Exhibit "D"**.

5.      On <u>October 4, 2016</u>, the Securities Division of the State of Arizona issued a Temporary Restraining Order and Notice For Opportunity of Hearing. A true and correct copy of the TRO is attached hereto as **Exhibit "E".**

6.      On <u>April 24, 2017</u>, the Commonwealth of Pennsylvania issued a Consent Agreement and Order with respect to Woodbridge and brokers. A true and correct copy of the Consent Order is attached hereto as **Exhibit "F"**.

7.      On <u>August 8, 2017</u>, the State of Michigan, Department of Licensing and Regulatory Affairs Corporations, Securities and Commercial Licensing Bureau entered a Notice and Order to Cease and Desist against Woodbridge Mortgage Investment fund. A true and correct copy of the  Cease and Desist Order is attached hereto as ; **Exhibit "G"**

8.      On <u>November 15, 2018</u>,  the State of California, Department of Licensing and Regulatory Affairs Corporations, Securities and Commercial Licensing Bureau entered a Consent Order against Woodbridge Mortgage Investment fund  and brokers. A true and correct copy of the Consent Order is attached hereto as **Exhibit "H"**.

9.      On <u>May 15, 2018</u>, the California Tax Franchise Board for the State of California, filed a proof claim in the amount of $14,531.91, which was subsequently assigned claims no. 04635,  based on unpaid tax liability from 2007 to 2017.  A true and correct copy of the claim from the claim's agent site is attached hereto as **Exhibit "I"**.  On <u>May 14, 2018</u>, the Provident Trust Group, LLC FBO James D. Helgeson, IRA  filed a proof claim in the amount of $56,000, which was subsequently assigned claims no. 03764, based on unit investments from June 2014.

4877-2924-9011.1 94811.003                               3

A true and correct copy of the claim from the claim's agent site is attached hereto as **Exhibit "I"**.

10.    On <u>August 7, 2019</u>, the United States Attorney and Robert Shapiro filed the Stipulated Factual Proffer in the U.S. District Court, Southern District of Florida.  A true and correct copy of the Stipulated Factual Proffer is attached here to as **Exhibit "J"**.

11.    On <u>August 7, 2019</u>, the United States Attorney and Robert Shapiro filed the Plea Agreement in the U.S. District Court, Southern District of Florida. A True and correct copy of the Plea Agreement is attached hereto as **Exhibit "K"**.

12.    On <u>October 12, 2017</u>, Securities Commission for the State of Colorado filed an Order to Show Cause Directed to Woodbridge Group of Companies, LLC., et al. Timothy C. McGuire, Ronald E. Caseky and James E. Campbell, Jr. ("OSC").  A true and correct copy of the OSC is attached hereto as **Exhibit "L"**.

Dated:  October 31, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
Jason S. Pomerantz (CA Bar No. 157216)(pro hac vice)
Jeffrey Nolan (Ca Bar No. 158923) (pro hac vice)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: crobinson@pszjlaw.com
        jspomerantz@pszjlaw.com
        jnolan@pszjlaw.com

*Counsel to the Plaintiff*