**EXHIBIT 1
TO DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND JAMES E. CAMPBELL, JR.'S CROSS
MOTION FOR SUMMARY JUDGMENT**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>WOODBRIDGE GROUP OF COMPANIES, LLC, et. al.,<br><br>        Remaining Debtors. | Case No. 17-12560 (BLS)<br><br>Chapter 11<br><br>Jointly Administered |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATING TRUST,<br>        Plaintiff,<br>v.<br><br>JAMES E. CAMPBELL, JR. INC. (D/B/A CAMPBELL FINANCIAL CORP.) and JAMES E. CAMPBELL, JR.<br><br>        Defendants. | Adversary<br>Case No.: 19-50965- JKS |

## AFFIDAVIT OF JAMES E. CAMPBELL, JR.

STATE OF COLORADO    )
                               )
COUNTY OF TELLER      )

I, James E. Campbell, Jr., being first fully sworn under oath, state and aver as follows:

1. I am an individual.

2. James E. Campbell, Jr. Inc. ("Corporate Defendant") is a separate and distinct entity.

3. The Corporate Defendant was formed as a corporation and applicable documents were filed with the Secretary of State for Colorado.

4. During all applicable times, the Corporate Defendant maintained separate books, records, and accounts.

5. Any and all funds received would have been attributable to the Corporate Defendant and not me personally, as shown by the documents produced to Plaintiff.

6. Attached hereto is a spreadsheet I created that tracks each of the transfers in Exhibit A to the Complaint that reference "JAMES CAMPBELL/CAMPBELL FINANCIAL CORP." as receiving transfers from the Debtor. Also attached are corresponding monthly bank statements of the Corporate Defendant showing that each of the transfers were received and deposited into the Corporate Defendant's account. I highlighted each of the deposits that correspond to the transfers that are listed in Exhibit A to the Complaint as being received by "JAMES CAMPBELL/CAMPBELL FINANCIAL CORP." Accordingly, I did not receive any of the alleged transfers that are subject of the Complaint against me.

_/s/ James E. Campbell, Jr._
James E. Campbell, Jr.

Subscribed and sworn to before me this 19th day of December, 2024. WITNESS my hand and official seal.

_/s/ Notary Public_
Notary Public

My commission expires:

> TIMOTHY WILLIAM WELCH-BEATTIE
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20244039544
> MY COMMISSION EXPIRES OCTOBER 24, 2028