# EXHIBIT A

| Woodbridge Group of Companies, LLC | Ck. No | Clear Date | Names | WB Disbursements | WB Total | Bank Deposit Total | Bank Deposit Date | CFC Bank Statement Affidavit Exhibit |
|---|---|---|---|---|---|---|---|---|
| Woodbridge Group of Companies, LLC | 16246 | 12/27/2016 | Campbell Financial Corp | $875.00 | | | | |
| Woodbridge Group of Companies, LLC | 50348 | 12/27/2016 | James Campbell/Campbell Financial Corp | $112.02 | $987.02 | $987.02 | 12/27/2016 | A-1 |
| Woodbridge Group of Companies, LLC | 3377 | 3/18/2016 | Campbell Financial Corp | $625.00 | | | | |
| Woodbridge Group of Companies, LLC | 3295 | 3/18/2016 | James Campbell/Campbell Financial Corp | $4,800.00 | $5,425.00 | $5,425.00 | 3/18/2016 | A-2 |
| Woodbridge Group of Companies, LLC | 5394 | 2/27/2015 | James Campbell/Campbell Financial Corp | $1,320.00 | | | | |
| Woodbridge Group of Companies, LLC | 5397 | 2/27/2015 | James Campbell/Campbell Financial Corp | $1,350.00 | $2,670.00 | $2,670.00 | 2/27/2015 | A-3 |
| Woodbridge Group of Companies, LLC | 30163 | 2/3/2015 | James Campbell/Campbell Financial Corp | $2,000.00 | | | | |
| Woodbridge Group of Companies, LLC | 30164 | 2/3/2015 | James Campbell/Campbell Financial Corp | $1,000.00 | | | | |
| Woodbridge Group of Companies, LLC | 30177 | 2/3/2015 | James Campbell/Campbell Financial Corp | $3,000.00 | $6,000.00 | $6,000.00 | 2/3/2015 | A-3 |
| Woodbridge Group of Companies, LLC | 29986 | 1/23/2015 | James Campbell/Campbell Financial Corp | $3,520.00 | | | | |
| Woodbridge Group of Companies, LLC | 29993 | 1/23/2015 | James Campbell/Campbell Financial Corp | $240.00 | $3,760.00 | $3,760.00 | 1/23/2015 | A-4 |
| Woodbridge Group of Companies, LLC | 29864 | 1/20/2015 | James Campbell/Campbell Financial Corp | $3,000.00 | $3,000.00 | $3,000.00 | 1/20/2015 | A-4 |
| Woodbridge Group of Companies, LLC | 29203 | 12/19/2014 | James Campbell/Campbell Financial Corp | $120.00 | | | | |
| Woodbridge Group of Companies, LLC | 29204 | 12/19/2014 | James Campbell/Campbell Financial Corp | $2,850.00 | | | | |
| Woodbridge Group of Companies, LLC | 29205 | 12/19/2014 | James Campbell/Campbell Financial Corp | $1,350.00 | | | | |
| Woodbridge Group of Companies, LLC | 29145 | 12/19/2014 | James Campbell/Campbell Financial Corp | $40.00 | $4,360.00 | $4,360.00 | 2/19/2014 | A-5 |
| Woodbridge Group of Companies, LLC | 28833 | 12/8/2014 | James Campbell/Campbell Financial Corp | $2,500.00 | $2,500.00 | $2,500.00 | 12/8/2014 | A-5 |
| Woodbridge Group of Companies, LLC | 28762 | 12/1/2014 | James Campbell/Campbell Financial Corp | $2,500.00 | $2,500.00 | $2,500.00 | 12/1/2014 | A-5 |
| Woodbridge Group of Companies, LLC | 28396 | 11/17/2014 | James Campbell/Campbell Financial Corp | $1,651.90 | $1,651.90 | $1,651.90 | 11/17/2014 | A-6 |
| Woodbridge Group of Companies, LLC | 27073 | 10/1/2014 | James Campbell/Campbell Financial Corp | $1,500.00 | $1,500.00 | $1,500.00 | 10/1/2014 | A-7 |
| Woodbridge Group of Companies, LLC | 26700 | 9/15/2014 | James Campbell/Campbell Financial Corp | $1,000.00 | | | | |
| Woodbridge Group of Companies, LLC | 26702 | 9/15/2014 | James Campbell/Campbell Financial Corp | $1,000.00 | | | | |
| Woodbridge Group of Companies, LLC | 26703 | 9/15/2014 | James Campbell/Campbell Financial Corp | $2,280.00 | | | | |
| Woodbridge Group of Companies, LLC | 26704 | 9/15/2014 | James Campbell/Campbell Financial Corp | $360.00 | $4,640.00 | $4,640.00 | 9/15/2014 | A-8 |
| Woodbridge Group of Companies, LLC | 26715 | 9/11/2014 | James Campbell/Campbell Financial Corp | $1,000.00 | $1,000.00 | $1,000.00 | 9/11/2014 | A-8 |
| Woodbridge Group of Companies, LLC | 26187 | 9/2/2014 | James Campbell/Campbell Financial Corp | $1,800.00 | $1,800.00 | $1,800.00 | 9/2/2014 | A-8 |
| Woodbridge Group of Companies, LLC | 25552 | 7/31/2014 | James Campbell/Campbell Financial Corp | $2,000.00 | $2,000.00 | $2,000.00 | 7/31/2014 | A-9 |
| Woodbridge Group of Companies, LLC | 23007 | 4/1/2014 | James Campbell/Campbell Financial Corp | $1,900.00 | $1,900.00 | $1,900.00 | 4/2/2014 | A-10 |
| Woodbridge Group of Companies, LLC | 22550 | 3/7/2014 | James Campbell/Campbell Financial Corp | $1,500.00 | $1,500.00 | $1,500.00 | 3/7/2014 | A-11 |
| Woodbridge Group of Companies, LLC | 22457 | 3/3/2014 | James Campbell/Campbell Financial Corp | $500.00 | $500.00 | $500.00 | 3/3/2014 | A-11 |
| Woodbridge Group of Companies, LLC | 21525 | 1/13/2014 | James Campbell/Campbell Financial Corp | $5,000.00 | $5,000.00 | $5,000.00 | 1/13/2014 | A-12 |
| Woodbridge Group of Companies, LLC | 21373 | 12/31/2013 | James Campbell/Campbell Financial Corp | $2,640.00 | $2,640.00 | $2,640.00 | 12/31/2013 | A-13 |
| Woodbridge Group of Companies, LLC | 21152 | 12/18/2013 | James Campbell/Campbell Financial Corp | $1,350.00 | $1,350.00 | $1,350.00 | 12/19/2013 | A-13 |