# EXHIBIT A-1





2618-1.26-10240N11.no1  508643045  1-3

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
JAMES E CAMPBELL JR INC
DBA CAMPBELL FINANCIAL CORP
PO BOX 5167
WOODLAND PARK CO 80866

### Questions?  Contact us:
Member Service:
Co Springs: (719) 574-1100 Ext. 6770
Toll-Free:   800-525-9623 Ext. 6770
Online:      Ent.com
Mail:        P.O. Box 15819
             Colorado Springs, CO 80935-5819

**Effective January 1, 2017 Ent will no longer
assess a fee for mailed paper statements.**

## YOUR ACCOUNT AT A GLANCE

### NET EARNINGS

| | Month-To-Date | Year-To-Date |
|---|---|---|
| **00 - BUSINESS SAVINGS** | | |
| Total Dividends | $0.01 | $0.01 |
| Total Charges | 0.00 | 0.00 |
| Total Refunds | 0.00 | 0.00 |
| **Net Earnings** | **$0.01** | **$0.01** |
| **01 - MANITOU POOL SAVINGS** | | |
| Total Dividends | $0.04 | $0.05 |
| Total Charges | 0.00 | 0.00 |
| Total Refunds | 0.00 | 0.00 |
| **Net Earnings** | **$0.04** | **$0.05** |
| **10 - FREE BUSINESS CHECKING** | | |
| Total Dividends | $0.00 | $0.00 |
| Total Charges | 0.00 | 0.00 |
| Total Refunds | 0.00 | 0.00 |
| **Net Earnings** | **$0.00** | **$0.00** |
| **Account Net Earnings** | | |
| Total Dividends | $0.05 | $0.06 |
| Total Charges | 0.00 | 0.00 |
| Total Refunds | 0.00 | 0.00 |
| **Net Earnings** | **$0.05** | **$0.06** |

*Total Charges displayed on the statement may not reflect reimbursements.

### AVERAGE BALANCES

| | Current Month | Prior Month |
|---|---|---|
| 00 - BUSINESS SAVINGS | $100.00 | $100.00 |
| 01 - MANITOU POOL SAVINGS | $480.82 | $420.00 |
| 10 - FREE BUSINESS CHECKING | $11,329.71 | $6,795.00 |

### YEAR-TO-DATE DIVIDEND SUMMARY
Reportable Dividends this Year: .........................................................................................0.06

**Reportable dividends of $10.00 or more are reported to the IRS as interest income for the year.**

Equal Housing Lender          Federally Insured by NCUA          Equal Opportunity Lender

Ent is a registered trademark of Ent Credit Union.





## SAVINGS SUMMARY    00 BUSINESS SAVINGS    Dividends Earned YTD: $0.01

|  | ITEMS | AMOUNT |
|---|---|---|
| Beginning Balance |  | $100.00 |
| Deposits and Other Credits (+) | 1 | 0.01 |
| Electronic Withdrawals (-) | 0 | 0.00 |
| Other Withdrawals (-) | 0 | 0.00 |
| Ending Balance |  | $100.01 |

### DEPOSITS & OTHER CREDITS    00 BUSINESS SAVINGS

| Trans Date | Eff Date | Description | Amount |
|---|---|---|---|
|  | 12/31 | Deposit Dividend 0.100% | $0.01 |
|  |  | Annual Percentage Yield Earned 0.120% for period: 12/01/16 to 12/31/16 |  |
|  |  | Total Deposits & Other Credits | $0.01 |

### DAILY ENDING BALANCE    00 BUSINESS SAVINGS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/31 | 100.01 |  |  |  |  |  |  |

## SAVINGS SUMMARY    01 MANITOU POOL SAVINGS    Dividends Earned YTD: $0.05

|  | ITEMS | AMOUNT |
|---|---|---|
| Beginning Balance |  | $420.01 |
| Deposits and Other Credits (+) | 2 | 145.04 |
| Electronic Withdrawals (-) | 0 | 0.00 |
| Other Withdrawals (-) | 0 | 0.00 |
| Ending Balance |  | $565.05 |

### DEPOSITS & OTHER CREDITS    01 MANITOU POOL SAVINGS

| Trans Date | Eff Date | Description | Amount |
|---|---|---|---|
|  | 12/19 | Deposit Bulk | $145.00 |
|  |  | Checks 145.00 |  |
|  |  | Check Count 1 |  |
|  | 12/31 | Deposit Dividend 0.100% | $0.04 |
|  |  | Annual Percentage Yield Earned 0.100% for period: 12/01/16 to 12/31/16 |  |
|  |  | Total Deposits & Other Credits | $145.04 |

### DAILY ENDING BALANCE    01 MANITOU POOL SAVINGS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/19 | 565.01 | 12/31 | 565.05 |  |  |  |  |



| Account Number 732897 | Statement Period 12/01/16 thru 12/31/16 | Page 3 of 4 |
|---|---|---|



## CHECKING SUMMARY — 10 FREE BUSINESS CHECKING — Dividends Earned YTD: $0.00

|  | ITEMS | AMOUNT |
|---|---|---|
| Beginning Balance |  | $6,758.33 |
| Deposits and Other Credits (+) | 3 | 7,859.77 |
| Checks Cleared (-) | 5 | -3,629.50 |
| Electronic Withdrawals (-) | 8 | -1,665.32 |
| Other Withdrawals (-) | 0 | 0.00 |
| Ending Balance |  | $9,323.28 |

## SERVICE CHARGE SUMMARY — 10 FREE BUSINESS CHECKING

| Activity | Total Count | Unit Price | Charge |
|---|---|---|---|
| Transaction Items (100 no charge) | 22 | 0.30 | 0.00 |
| Deposit Tickets | 3 |  |  |
| Checks Deposited | 6 |  |  |
| Checks Cleared | 5 |  |  |
| Trans Dep Items | 0 |  |  |
| Trans Wdl Items | 8 |  |  |
| ACH Orig Items | 0 |  |  |
| Total Trans Item Count | 22 |  |  |

| Total Charges |  |  | $0.00 |
|---|---|---|---|

## DEPOSITS & OTHER CREDITS — 10 FREE BUSINESS CHECKING

| Trans Date | Eff Date | Description | Amount |
|---|---|---|---|
|  | 12/01 | Deposit Bulk<br>Checks 6,532.50<br>Check Count 3 | $6,532.50 |
|  | 12/19 | Deposit Bulk<br>Checks 340.25<br>Check Count 1 | $340.25 |
|  | 12/27 | Deposit Bulk<br>Checks 987.02<br>Check Count 2 | $987.02 |
|  |  | Total Deposits & Other Credits | $7,859.77 |

## CHECKS CLEARED — 10 FREE BUSINESS CHECKING

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 12/09 | -50.00 | 103 | 12/05 | -600.00 | 2002 | 12/28 | -2,000.00 |
| 102 | 12/12 | -219.50 | 2001 | 12/20 | -760.00 |  |  |  |

| | | | | | | Total Checks Cleared | | -$3,629.50 |
|---|---|---|---|---|---|---|---|---|

*Checks may not appear on your statement because they have not yet cleared, or appear on a previous statement, or cleared as an electronic withdrawal. Some Online Bill Payment transactions are assigned a check number and appear under "Checks Cleared" causing non-sequential check numbers.

## ELECTRONIC WITHDRAWALS — 10 FREE BUSINESS CHECKING

| Trans Date | Eff Date | Description | Amount |
|---|---|---|---|
|  | 12/07 | Withdrawal ACH HARLAND CLARKE<br>TYPE: CHK ORDER ID: 3114000006<br>CO: HARLAND CLARKE | -$22.12 |
|  | 12/09 | Withdrawal POS #634400205638 | -$47.00 |

## ELECTRONIC WITHDRAWALS - Continued    10 FREE BUSINESS CHECKING

| Trans Date | Eff Date | Description | Amount |
|---|---|---|---|
| | | USPS PO 07981007 300 W SOUTH AVE WOODLAND PARK CO 9402 | |
| | 12/09 | Withdrawal POS #634400203202 USPS PO 07981007 300 W SOUTH AVE WOODLAND PARK CO 9402 | -$12.90 |
| | 12/13 | Withdrawal ACH CAPITAL ONE CARD TYPE: ONLINE PMT ID: 9500000000 CO: CAPITAL ONE CARD | -$510.00 |
| | 12/13 | Withdrawal ACH BANK OF AMERICA TYPE: ONLINE PMT ID: 9500000000 CO: BANK OF AMERICA | -$996.65 |
| | 12/15 | Withdrawal POS #635000205806 USPS PO 07981007 300 W SOUTH AVE WOODLAND PARK CO 9402 | -$35.85 |
| | 12/27 | Withdrawal ACH CAPITAL ONE TYPE: CRCARDPMT ID: 9541719018 CO: CAPITAL ONE | -$15.00 |
| | 12/30 | Withdrawal POS #636500206053 USPS PO 07981007 300 W SOUTH AVE WOODLAND PARK CO 9402 | -$25.80 |
| | | **Total Electronic Withdrawals** | **-$1,665.32** |

## DAILY ENDING BALANCE    10 FREE BUSINESS CHECKING

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/01 | 13,290.83 | 12/09 | 12,558.81 | 12/15 | 10,796.81 | 12/27 | 11,349.08 |
| 12/05 | 12,690.83 | 12/12 | 12,339.31 | 12/19 | 11,137.06 | 12/28 | 9,349.08 |
| 12/07 | 12,668.71 | 12/13 | 10,832.66 | 12/20 | 10,377.06 | 12/30 | 9,323.28 |