**EXHIBIT A-2**

# Wells Fargo Combined Statement of Accounts



Primary account number:   6834939271   ■   March 1, 2016 - March 31, 2016   ■   Page 1 of 6

JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

### Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or mid-sized business. Achieving a positive cash flow does not come by chance. Learn more about managing cash flow by visiting wellsfargoworks.com.

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

 **IMPORTANT ACCOUNT INFORMATION**



Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

Primary account number: 6834939271  ■ March 1, 2016 - March 31, 2016  ■ Page 3 of 6


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/17 | | Beneficial Life Payroll 160316 10596 James Campbell Jr | 32.75 | | 2,125.24 |
| 3/18 | | Edeposit IN Branch/Store 03/18/16 04:21:40 Pm 1101 E US Hwy 24 Woodland Park CO 4878 | 5,425.00 | | |
| 3/18 | | Purchase authorized on 03/18 USPS 0798100789 Woodland Park CO P00000000451558794 Card 1998 | | 6.45 | |
| 3/18 | 1769 | Check | | 94.51 | 7,449.28 |
| 3/21 | | Allianz Life Ins Commission 160318 6005954000-001 James E Campbell Jr IN | 15.00 | | 7,464.28 |
| 3/25 | | Capital One Crcardpmt 608430189005912 9320801614Campbell Jam | | 20.00 | 7,444.28 |
| 3/28 | 1772 | Check | | 2,000.00 | |
| 3/28 | 1773 | Check | | 500.00 | 4,944.28 |
| 3/29 | | Purchase authorized on 03/28 Thinkgeek Inc Thinkgeek.Com VA S386085655872152 Card 1998 | | 46.94 | 4,897.34 |
| 3/30 | | Purchase authorized on 03/29 Vistapr*Vistaprint 866-8936743 MA S386089655128815 Card 1998 | | 74.99 | |
| 3/30 | | Purchase authorized on 03/30 USPS 0798100789 Woodland Park CO P00000000553528977 Card 1998 | | 6.45 | |
| 3/30 | | Sprint8006396111 Achbillpay Mar 29 xxxxx0364 James Campbell | | 248.17 | 4,567.73 |
| Ending balance on 3/31 | | | | | 4,567.73 |
| Totals | | | $13,272.10 | $10,600.94 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1760 | 3/14 | 156.00 | 1768 * | 3/3 | 4,500.00 | 1772 * | 3/28 | 2,000.00 |
| 1764 * | 3/3 | 50.00 | 1769 | 3/18 | 94.51 | 1773 | 3/28 | 500.00 |
| 1765 | 3/1 | 500.00 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $4,598.00 ☐ |
| · Total automatic transfers to an eligible Wells Fargo business savings account | $25.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit, Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |

Primary account number:  **6834939271**  ■  March 1, 2016 - March 31, 2016  ■  Page 5 of 6



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $300.12 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.03 |
| Total interest paid in 2015 | $0.10 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/1 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Ope5Qrxvlw xxxxxx9271 | 100.00 | | 300.12 |
| 3/31 | Interest Payment | 0.01 | | 300.13 |
| | Ending balance on 3/31 | | | 300.13 |
| **Totals** | | **$100.01** | **$0.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $300.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $100.00 ☑ |

YC/YC

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |