# EXHIBIT A-3

# Wells Fargo Combined Statement of Accounts

Primary account number:  **6834939271**  ■  February 1, 2015 - February 28, 2015  ■  Page 1 of 6



JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 4,735.98 | 6,199.99 |
| Business Market Rate Savings | 4 | 6222986942 | 0.00 | 100.00 |
| | **Total deposit accounts** | | **$4,735.98** | **$6,299.99** |

(163)
Sheet Seq = 0057402
Sheet 00001 of 00033

Primary account number:   **6834939271**   ■   February 1, 2015 - February 28, 2015   ■   Page 2 of 6



## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $4,735.98 |
| Deposits/Credits | 8,722.68 |
| Withdrawals/Debits | - 7,258.67 |
| **Ending balance on 2/28** | **$6,199.99** |
| Average ledger balance this period | $6,281.00 |

Account number:   **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Savings - 000006222986942

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Ope2Pw466P xxxxxx6942 | | 100.00 | |
| 2/2 | 1665 | Check | | 75.00 | 4,560.98 |
| 2/3 | | Edeposit IN Branch/Store 02/03/15 05:01:06 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 6,000.00 | | |
| 2/3 | 1668 | Check | | 600.00 | |
| 2/3 | 1662 | Check | | 231.00 | 9,729.98 |
| 2/4 | 1667 | Check | | 112.50 | 9,617.48 |
| 2/5 | 1670 | Check | | 1,154.37 | 8,463.11 |
| 2/6 | 1669 | Check | | 109.88 | 8,353.23 |
| 2/9 | | Allianz Life Ins Commission 150206 6005954000-001 James E Campbell Jr IN | 2.70 | | |
| 2/9 | | Sst Pmt Epayment 150206 1C7Xmsuxq6 James Campbell Jr Inc | | 257.74 | |
| 2/9 | | Capital One Online Pmt 503739919713806 9320801614Campbell Jam | | 500.00 | |
| 2/9 | 1664 | Check | | 667.50 | 6,930.69 |
| 2/10 | | Purchase authorized on 02/10 Sam's Club Colorado Spri CO P00000000935637075 Card 4878 | | 27.56 | |
| 2/10 | 1663 | Check | | 19.74 | 6,883.39 |
| 2/11 | | Purchase authorized on 02/10 Panera Bread #3071 Colorado Spri CO S465041603624797 Card 4878 | | 6.42 | 6,876.97 |
| 2/13 | | Allianz Life Ins Commission 150212 6005954000-001 James E Campbell Jr IN | 34.98 | | |
| 2/13 | 1671 | Check | | 56.77 | 6,855.18 |
| 2/17 | | Capital One Online Pmt 504739919620598 9320801614Campbell Jam | | 1,400.00 | |
| 2/17 | 1672 | Check | | 11.99 | 5,443.19 |
| 2/18 | | Purchase authorized on 02/16 Southwes 526066 800-435-9792 TX S005047823974635 Card 4878 | | 12.50 | |
| 2/18 | | Purchase authorized on 02/16 Southwes 526066 800-435-9792 TX S005047823974635 Card 4878 | | 12.50 | |
| 2/18 | | Purchase authorized on 02/16 Southwes 526248 800-435-9792 TX S005047823941712 Card 4878 | | 616.20 | |
| 2/18 | | Grange Ins. Grange EFT Feb 17 2145687 Campbell, James | | 78.97 | 4,723.02 |
| 2/23 | | Allianz Life Ins Commission 150220 6005954000-001 James E Campbell Jr IN | 15.00 | | |
| 2/23 | | Purchase authorized on 02/19 Southwes 526248 800-435-9792 TX S165050853562210 Card 4776 | | 390.20 | |

Primary account number:   **6834939271**   ■ February 1, 2015 - February 28, 2015   ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/23 | | Purchase authorized on 02/22 1039 US Highway 24 Woodland Park CO P00305054245492420 Card 4878 | | 26.83 | 4,320.99 |
| 2/25 | | Capital One Crcardpmt 505530189004166 9320801614Campbell Jam | | 15.00 | 4,305.99 |
| 2/27 | | Edeposit IN Branch/Store 02/27/15 05:37:58 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 2,670.00 | | |
| 2/27 | | IRS Usataxpymt 022715 270545894879602 James E & Sandra V Cam | | 215.00 | |
| 2/27 | | Capital One Online Pmt 505839919013548 9320801614Campbell Jam | | 561.00 | 6,199.99 |
| **Ending balance on 2/28** | | | | | 6,199.99 |
| **Totals** | | | **$8,722.68** | **$7,258.67** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1662 | 2/3 | 231.00 | 1667 * | 2/4 | 112.50 | 1670 | 2/5 | 1,154.37 |
| 1663 | 2/10 | 19.74 | 1668 | 2/3 | 600.00 | 1671 | 2/13 | 56.77 |
| 1664 | 2/9 | 667.50 | 1669 | 2/6 | 109.88 | 1672 | 2/17 | 11.99 |
| 1665 | 2/2 | 75.00 | | | | | | |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2015 - 02/28/2015 | Standard monthly service fee $8.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee  (complete 1 AND 2) | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| - Average ledger balance | $6,000.00 | $6,281.00 ☑ |
| - Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| - Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| - Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| - Combined balances in linked accounts, which may include | $6,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan™, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage™ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even  1 loan | | |
| 2) Complete the package requirements | | |
| - Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WOWO

Primary account number:  **6834939271**  ■ February 1, 2015 - February 28, 2015  ■ Page 4 of 6



**WELLS FARGO**

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 27 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

## Business Market Rate Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $0.00 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 2/28** | **$100.00** |
| Average ledger balance this period | $96.42 |

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $96.42 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2014 | $0.05 |

Account number:  **6222986942**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

Primary account number:   **6834939271**   ■   February 1, 2015 - February 28, 2015   ■   Page 5 of 6



---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/2 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Ope2Pw466P xxxxxx9271 | 100.00 | | 100.00 |
| **Ending balance on 2/28** | | | | **100.00** |
| **Totals** | | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2015 - 02/28/2015 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $96.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |

YC/YC

Primary account number:    **6834939271**    ■ February 1, 2015 - February 28, 2015    ■ Page 6 of 6



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801