# EXHIBIT A-5

# Wells Fargo Combined Statement of Accounts



Primary account number: **6834939271** ■ December 1, 2014 - December 31, 2014 ■ Page 1 of 5

JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online: wellsfargo.com/biz*

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services:*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 845.82 | 2,747.38 |
| Business Market Rate Savings | 4 | 6222986942 | 0.02 | 100.02 |
| **Total deposit accounts** | | | **$845.84** | **$2,847.40** |



## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $845.82 |
| Deposits/Credits | 11,444.63 |
| Withdrawals/Debits | - 9,543.07 |
| **Ending balance on 12/31** | **$2,747.38** |
| Average ledger balance this period | $4,013.79 |

Account number:  **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Savings - 000006222986942

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Edeposit IN Branch/Store 12/01/14 12:21:59 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 2,500.00 | | |
| 12/1 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Opeg9Jfwtv xxxxxx6942 | | 100.00 | |
| 12/1 | 1647 | Check | | 80.00 | 3,165.82 |
| 12/8 | | Edeposit IN Branch/Store 12/08/14 06:04:13 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 2,500.00 | | |
| 12/8 | | Capital One Online Pmt 434239919592534 9320801614Campbell Jam | | 729.82 | 4,936.00 |
| 12/9 | | Allianz Life Ins Commission 141207 6005954000-001 James E Campbell Jr IN | 2.70 | | |
| 12/9 | 1646 | Check | | 217.00 | 4,721.70 |
| 12/12 | | Allianz Life Ins Commission 141211 6005954000-001 James E Campbell Jr IN | 34.98 | | |
| 12/12 | 1648 | Check | | 375.00 | 4,381.68 |
| 12/15 | | Capital One Mobile Pmt 434639809116330 9320801614Campbell Jam | | 123.51 | 4,258.17 |
| 12/16 | | Grange Ins. Grange EFT Dec 15 2076084 Campbell, James | | 81.85 | |
| 12/16 | | Capital One Online Pmt 435039919175989 9320801614Campbell Jam | | 1,244.31 | 2,932.01 |
| 12/17 | | Beneficial Life Payroll 141216 10596 James Campbell Jr | 31.95 | | 2,963.96 |
| 12/19 | | Allianz Life Ins Commission 141218 6005954000-001 James E Campbell Jr IN | 15.00 | | |
| 12/19 | | Edeposit IN Branch/Store 12/19/14 03:55:29 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 4,360.00 | | |
| 12/19 | 1649 | Check | | 2,800.00 | 4,538.96 |
| 12/26 | | Capital One Crcardpmt 435830189007611 9320801614Campbell Jam | | 15.00 | |
| 12/26 | 1650 | Check | | 98.25 | 4,425.71 |
| 12/29 | | IRS Usataxpymt 122914 270476344666577 James E & Sandra V Cam | | 100.00 | |
| 12/29 | | Capital One Online Pmt 436339919448114 9320801614Campbell Jam | | 773.04 | 3,552.67 |
| 12/30 | | Edeposit IN Branch/Store 12/30/14 06:24:23 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 2,000.00 | | 5,552.67 |
| 12/31 | | Purchase authorized on 12/31 Peak Internet 719-686-2900 CO S584364670620784 Card 0778 | | 379.00 | |

Primary account number: **6834939271**  ▪ December 1, 2014 - December 31, 2014  ▪ Page 3 of 5



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/31 | | Capital One Online Pmt 435539919012970 9320801614Campbell Jam | | 438.29 | |
| 12/31 | 1652 | Check | | 1,988.00 | 2,747.38 |
| | | | | | 2,747.38 |
| Ending balance on 12/31 | | | | | |
| Totals | | | $11,444.63 | $9,543.07 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1646 | 12/9 | 217.00 | 1648 | 12/12 | 375.00 | 1650 | 12/26 | 98.25 |
| 1647 | 12/1 | 80.00 | 1649 | 12/19 | 2,800.00 | 1652 * | 12/31 | 1,988.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee**  *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| Average ledger balance | $6,000.00 | $4,014.00 ☐ |
| Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Event loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WOWO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 29 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Primary account number:  **6834939271**  ■ December 1, 2014 - December 31, 2014  ■ Page 4 of 5



## Business Market Rate Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $0.02 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$100.02** |
| Average ledger balance this period | $100.02 |

Account number:  **6222986942**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $100.02 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.05 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 12/1 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Opeg9Jfwtv xxxxxx9271 | 100.00 | | 100.02 |
| | Ending balance on 12/31 | | | 100.02 |
| **Totals** | | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $100.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |
| YC/VC | | |

### Important Account Information

Checking and savings accounts are subject to a monthly service fee even if a fee was not assessed in the past. You can avoid this fee by meeting the monthly service fee waiver criteria. For details, see the Monthly Service Fee summary in this statement.

Primary account number:   **6834939271**   ■ December 1, 2014 - December 31, 2014   ■ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your        $ _____
   register or transfers into         $ _____
   your account which are not         $ _____
   shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

   (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount $** |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801