# EXHIBIT A-8

# Wells Fargo Combined Statement of Accounts

Primary account number: **6834939271** ■ September 1, 2014 - September 30, 2014 ■ Page 1 of 7

JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

# IMPORTANT ACCOUNT INFORMATION

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.



WELLS
FARGO

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 375.69 | 4,407.41 |
| Business Market Rate Savings | 5 | 6222986942 | 0.01 | 100.01 |
| | **Total deposit accounts** | | **$375.70** | **$4,507.42** |

## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $375.69 |
| Deposits/Credits | 8,149.47 |
| Withdrawals/Debits | - 4,117.75 |
| **Ending balance on 9/30** | **$4,407.41** |
| Average ledger balance this period | $3,003.40 |

Account number: **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - 000006222986942

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Edeposit IN Branch/Store 08/30/14 11:26:51 Am 1101 E US Hwy 24 Woodland Park CO 9271 | 1,800.00 | | |
| 9/2 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Opek5Qyx69 xxxxxx6942 | | 100.00 | 2,075.69 |
| 9/3 | | Sprint8006396111 Achbillpay 140829 xxxxx0364 James Campbell | | 253.85 | |
| 9/3 | 1628 | Check | | 600.00 | |
| 9/3 | | Capital One Online Pmt 424639919441554 9320801614Campbell Jam | | 800.00 | 421.84 |
| 9/4 | 1627 | Check | | 80.00 | 341.84 |
| 9/9 | | Allianz Life Ins Commission 140907 6005954000-001 James E Campbell Jr IN | 2.70 | | 344.54 |
| 9/11 | | Edeposit IN Branch/Store 09/11/14 01:33:23 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 1,000.00 | | |
| 9/11 | 1629 | Check | | 65.00 | |
| 9/11 | 1626 | Check | | 217.00 | 1,062.54 |
| 9/12 | | Allianz Life Ins Commission 140911 6005954000-001 James E Campbell Jr IN | 34.98 | | 1,097.52 |
| 9/15 | | Edeposit IN Branch/Store 09/15/14 05:11:14 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 4,640.00 | | 5,737.52 |
| 9/16 | | Grange Ins. Grange EFT SEP 15 1977345 Campbell, James | | 81.85 | 5,655.67 |
| 9/17 | | Beneficial Life Payroll 140916 10596 James Campbell Jr | 31.79 | | 5,687.46 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/19 | | Allianz Life Ins Commission 140918 6005954000-001 James E Campbell Jr IN | 15.00 | | 5,702.46 |
| 9/22 | | Edeposit IN Branch/Store 09/22/14 05:48:09 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 625.00 | | |
| 9/22 | | Capital One Online Pmt 426339919291588 9320801614Campbell Jam | | 1,529.55 | 4,797.91 |
| 9/23 | | POS Purchase - 09/23 Mach ID 000000 Sam's Club Colorado Sprico 4878 00000000550910618 ?McC=5300 | | 45.00 | |
| 9/23 | | IRS Usataxpymt 092314 270466684785521 James E & Sandra V Cam | | 100.00 | 4,652.91 |
| 9/25 | 1630 | Check | | 232.50 | 4,420.41 |
| 9/29 | | Check Crd Purchase 09/25 City of Manitou Sp Manitou Sprin CO 425907xxxxxx0778 084268683784944 ?McC=9399 | | 13.00 | 4,407.41 |
| **Ending balance on 9/30** | | | | | **4,407.41** |
| **Totals** | | | **$8,149.47** | **$4,117.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1626 | 9/11 | 217.00 | 1628 | 9/3 | 600.00 | 1630 | 9/25 | 232.50 |
| 1627 | 9/4 | 80.00 | 1629 | 9/11 | 65.00 | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2014 - 09/30/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** ***(complete 1 AND 2)*** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $3,003.00 ☐ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WO/WO

Sheet Seq = 0069672
Sheet 00002 of 00004



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 25 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

The following provisions are being added to the Business Account Agreement and the Selected Terms and Conditions for Wells Fargo Business Debit Cards, Business ATM Cards and Business Deposit Cards (each, an "Agreement") to clarify the use of a Business Debit Card through a mobile device.

**Using your Business Debit Card through a Mobile Device**

If you make Card transactions through a Mobile Device using a Business Debit Card, the terms of the Agreement apply with the same effect and coverage, including (i) any limitations the Bank places on the frequency or dollar amount of your Card transactions; and (ii) your rights and responsibilities for unauthorized transactions.

As used in this Agreement, "Mobile Device" means a smartphone, tablet, or any other hand held or wearable communication device that allows you to electronically store or electronically present your Card or Card number ("Electronic Card Information") and use that Electronic Card Information to make Card transactions.

If you use your Card through a Mobile Device, you should secure the Mobile Device the same as you would your cash, checks, credit cards, and other valuable information. The Bank encourages you to password protect or lock your Mobile Device to help prevent an unauthorized person from using it. Please notify the Bank promptly if your Mobile Device containing Electronic Card Information is lost or stolen. You may contact the Bank's National Business Banking Center at the number listed on the statement for reporting a lost or stolen Card (1-800-225-5935). Please note that your mobile carrier may charge you message and data rates, or other fees, when you use your Card through a Mobile Device.

Card transactions made through a Mobile Device may involve the electronic transmission of your Card information across wireless and computer networks. Third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile device manufacturers, and software application providers may use and receive Electronic Card Information in connection with your Card transaction. Third parties may also receive information about your Mobile Device when you use it to make a Card transaction. When you use your Card through a Mobile Device, information about your Mobile Device may be transmitted to the Bank.

The Bank may, at any time, partially or fully restrict your ability to make Card transactions through a Mobile Device. If you want to remove Electronic Card Information from your Mobile Device, please contact the Bank at 1-800-225-5935.

If you have enrolled in an overdraft protection plan, the terms of that plan will apply to Card transactions made through a Mobile Device. If there are insufficient available funds under the plan to cover the amount of the overdraft, or if you do not have an overdraft protection plan, a Card transaction made through a Mobile Device will be considered to be a one-time debit card transaction. Overdraft fees will apply as provided for in the Agreement and the Business Account Fee and Information Schedule.

---

We want to let you know that effective November 10, 2014, we are changing the time when we charge your account for Coin Orders and Currency Orders. The fees for Coin Orders and Currency Orders will not change. The period used to calculate and charge these fees



will now match the fee period dates listed in the "Monthly service fee summary" section of your statement. As a result of this change, your account could be charged on November 10th for activity in October and again later in the month for activity in November.

As a reminder, there is no fee for the first 15 rolls of coin ordered per month, with a fee of $0.15 for each additional roll. There is no fee for the first $1,000 of currency ordered per month, with a fee of $0.13 for each additional $100 ordered.

Fee changes effective January 1, 2015:
- Deposit correction/adjustment - $7.50 per correction
- Coin deposited per bag - $4 per bag
- Infofax previous day monthly base - $37 per account
- Foreign exchange online wire out - $25 each

The following Treasury Management service fees will appear with updated descriptions on your account statement on or after February 1, 2015 if you use the service:
- Information reporting Infofax monthly base will change to Infofax previous day monthly base
- Wire notification Infofax and email will change to Infofax wire item

If you have any questions about these changes, please contact your local banker or call the phone number listed at the top of your statement .

---

The Wells Fargo Business Account Agreement will be updated effective October 29, 2014, and the Terms & Conditions for Wells Fargo Business Debit Cards will be updated effective November 15, 2014, to clarify that if you attempt to make a debit card purchase that causes you to exceed your daily purchase limit, we may, in certain circumstances, authorize that debit card transaction provided you have a sufficient balance to cover the purchase. Your daily limits are subject to periodic review and are subject to change based on account history, activity, and other factors. (Not available for certain accounts such as savings accounts.)

For more details, refer to the Business Account Agreement Addenda at wellsfargo.com/biz/products/accounts/fee_information or contact your local banker.

## Business Market Rate Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $0.01 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 9/30** | **$100.01** |
| Average ledger balance this period | $96.67 |

Account number: **6222986942**
**JAMES E CAMPBELL JR INC**
*Colorado account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 102000076
For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $96.67 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.04 |



WELLS
FARGO

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 9/2 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Opek5Qyx69 xxxxxx9271 | 100.00 | | 100.01 |
| **Ending balance on 9/30** | | | | **100.01** |
| **Totals** | | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2014 - 09/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $97.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |

YC/YC

IMPORTANT ACCOUNT INFORMATION

**Excess Activity in a Savings Account**

Regulation D and the Bank limit certain types of withdrawals and transfers from each savings or money market account to a combined total of six (6) per monthly statement period (exceptions to the statement period may apply). The limited items include all transfers and payments through Online Banking (including Mobile and Text Banking) or the telephone (automated and banker-assisted); pre-authorized transfers and withdrawals (including recurring and one time); checks and debit or ATM card purchases; transfers for Overdraft Protection; transfers and payments to Wells Fargo credit cards, lines of credit, and loans; and all wires (whether in person, on the telephone or online).

Except for wire transfers, there are no limits on withdrawals or transfers made in person, at an ATM or Wells Fargo banking location or any types of deposits.

An excess activity fee of $15 is assessed for transactions exceeding the limit and accounts that exceed the limit on more than an occasional basis will be converted to a checking account (or closed). If the withdrawal and transfer limit is reached, we may decline transfers and withdrawals for the remainder of the monthly statement period (exceptions to the statement period may apply) to help you avoid a fee and account conversion or closure.

For additional information, see your Account Agreement, talk with a local banker, or call the number on the top of your statement.

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

