# EXHIBIT A-9

# Wells Fargo Combined Statement of Accounts

Primary account number:   **6834939271**  ■  July 1, 2014 - July 31, 2014  ■  Page 1 of 6



JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 86.54 | 2,315.47 |
| Business Market Rate Savings | 4 | 6222986942 | 0.00 | 0.00 |
| **Total deposit accounts** | | | **$86.54** | **$2,315.47** |



# Advantage Business Package Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $86.54 |
| Deposits/Credits | 4,578.11 |
| Withdrawals/Debits | - 2,349.18 |
| **Ending balance on 7/31** | **$2,315.47** |
| Average ledger balance this period | $411.96 |

Account number: **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 000006222986942

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/7 | | Edeposit IN Branch/Store 07/05/14 04:13:34 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 300.00 | | |
| 7/7 | 1613 | Check | | 217.00 | 169.54 |
| 7/8 | 1614 | Check | | 80.00 | 89.54 |
| 7/9 | | Allianz Life Ins Commission 140708 6005954000-001 James E Campbell Jr IN | 2.70 | | 92.24 |
| 7/10 | | ATM Cash Deposit - 07/10 Mach ID 3019N Woodland-Park Woodland CO 4878 0002377 | 500.00 | | 592.24 |
| 7/11 | 1616 | Check | | 33.17 | 559.07 |
| 7/14 | | Edeposit IN Branch/Store 07/14/14 01:56:52 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 750.00 | | |
| 7/14 | | Allianz Life Ins Commission 140711 6005954000-001 James E Campbell Jr IN | 34.98 | | 1,344.05 |
| 7/15 | | Capital One Online Pmt 419639919475765 9320801614Campbell Jam | | 300.00 | 1,044.05 |
| 7/16 | 1617 | Check | | 300.00 | |
| 7/16 | | Grange Ins. Grange EFT Jul 15 1912552 Campbell, James | | 78.02 | 666.03 |
| 7/17 | 1619 | Check | | 300.00 | 335.04 |
| 7/17 | 1618 | Check | | 30.99 | 335.04 |
| 7/21 | | Allianz Life Ins Commission 140718 6005954000-001 James E Campbell Jr IN | 15.00 | | 350.04 |
| 7/23 | | IRS Usataxpymt 072314 270460483718356 James E & Sandra V Cam | | 100.00 | 250.04 |
| 7/24 | | ATM Cash Deposit - 07/24 Mach ID 3019N Woodland-Park Woodland CO 4878 0005184 | 925.00 | | |
| 7/24 | | Capital One Online Pmt 420539919190529 9320801614Campbell Jam | | 895.00 | 280.04 |
| 7/25 | | Capital One Crcardpmt 420530189003777 9320801614Campbell Jam | | 15.00 | 265.04 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 7/29 | | The Hartford Nsc Lfcomm 102Mp262000002 07/27/14 Hartford Life Comm EFT | 50.43 | | 315.47 |
| 7/31 | | Edeposit IN Branch/Store 07/31/14 05:06:17 Pm 1101 E US Hwy 24 Woodland Park CO 9271 | 2,000.00 | | 2,315.47 |
| Ending balance on 7/31 | | | | | 2,315.47 |
| Totals | | | $4,578.11 | $2,349.18 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1613 | 7/7 | 217.00 | 1616 * | 7/11 | 33.17 | 1618 | 7/17 | 30.99 |
| 1614 | 7/8 | 80.00 | 1617 | 7/16 | 300.00 | 1619 | 7/17 | 300.00 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2014 - 07/31/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|

The fee is waived (or discounted) by the bank for this fee period. For the next fee period you must meet an account requirement to avoid the fee, or receive the discount when applicable.

| How to avoid the monthly service fee  (complete 1 AND 2) | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $412.00 ☐ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $0.00 ☐ ^ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
wowo



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,700 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 20 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# IMPORTANT ACCOUNT INFORMATION

Effective September 15, 2014, the bonus interest rate applied to Business Market Rate Savings accounts linked to an eligible Wells Fargo Business Services® Package will be discontinued. The interest rate on your Business Market Rate Savings account will revert to the Bank's current standard interest rate and is subject to change at any time.

If you have questions about this change contact your local banker or call the number listed at the top of your statement. Please note, the Business Account Fee and Information Schedule and the Business Account Agreement, as amended, continue to apply.

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 7/31 | $0.00 |

Account number: **6222986942**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



## Monthly service fee summary (continued)

| Fee period 07/01/2014 - 07/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

The fee is waived (or discounted) by the bank for this fee period. For the next fee period you must meet an account requirement to avoid the fee, or receive the discount when applicable.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| Average collected balance | $500.00 | $0.00 ☐ |
| Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |

YC/YC



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

#### ENTER

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

#### ADD

**B.** Any deposits listed in your            $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

#### CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

#### SUBTRACT

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

#### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801