# EXHIBIT A-10

# Wells Fargo Combined Statement of Accounts

Primary account number: **6834939271** ■ April 1, 2014 - April 30, 2014 ■ Page 1 of 5



JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 1,069.16 | 984.24 |
| Business Market Rate Savings | 4 | 6222986942 | 8.09 | 108.09 |
| **Total deposit accounts** | | | **$1,077.25** | **$1,092.33** |

  
Primary account number: **6834939271** ■ April 1, 2014 - April 30, 2014 ■ Page 2 of 5



## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,069.16 |
| Deposits/Credits | 3,650.94 |
| Withdrawals/Debits | - 3,735.86 |
| **Ending balance on 4/30** | **$984.24** |
| Average ledger balance this period | $909.78 |

Account number: **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 000006222986942

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Opexpkfghc xxxxxx6942 | | 100.00 | |
| 4/1 | | Sprint8006396111 Achbillpay 140329 xxxxx0364 James Campbell | | 270.84 | 698.32 |
| 4/2 | | Deposit Made In A Branch/Store | 1,900.00 | | |
| 4/2 | 1591 | Check | | 80.00 | 2,518.32 |
| 4/3 | 1593 | Check | | 500.00 | 2,018.32 |
| 4/7 | | Capital One Online Pmt 409439919565983 9320801614Campbell Jam | | 500.00 | |
| 4/7 | 1592 | Check | | 217.00 | 1,301.32 |
| 4/8 | 1594 | Check | | 457.50 | |
| 4/8 | 1596 | Check | | 75.00 | 768.82 |
| 4/9 | | Allianz Life Ins Commission 140408 6005954000-001 James E Campbell Jr IN | 2.70 | | 771.52 |
| 4/10 | 1598 | Check | | 200.00 | |
| 4/10 | 1597 | Check | | 32.19 | 539.33 |
| 4/14 | | Allianz Life Ins Commission 140411 6005954000-001 James E Campbell Jr IN | 34.98 | | 574.31 |
| 4/15 | | Allianz Life Ins Commission 140413 6005954000-001 James E Campbell Jr IN | 98.26 | | 672.57 |
| 4/16 | | Grange Ins. Grange EFT Apr 15 1817283 Campbell, James | | 78.02 | 594.55 |
| 4/17 | | American General Premium Ymc0158961 Sandra Campbell | | 131.24 | 463.31 |
| 4/18 | | Deposit Made In A Branch/Store | 700.00 | | |
| 4/18 | | Capital One Online Pmt 410839919349743 9320801614Campbell Jam | | 500.00 | 663.31 |
| 4/21 | | Allianz Life Ins Commission 140418 6005954000-001 James E Campbell Jr IN | 15.00 | | 678.31 |
| 4/25 | | Capital One Crcardpmt 411430189003531 9320801614Campbell Jam | | 15.00 | 663.31 |
| 4/28 | | ATM Cash Deposit - 04/27 Mach ID 3019N Woodland-Park Woodland CO 4878 0006979 | 300.00 | | |
| 4/28 | | IRS Usataxpymt 042814 270451861681521 James E & Sandra V Cam | | 325.00 | 638.31 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/29 | | Sprint8006396111 Achbillpay 140427 xxxxx0364 James Campbell | | 254.07 | 384.24 |
| 4/30 | | Deposit Made In A Branch/Store | 600.00 | | 984.24 |
| Ending balance on 4/30 | | | | | 984.24 |
| Totals | | | $3,650.94 | $3,735.86 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1591 | 4/2 | 80.00 | 1594 | 4/8 | 457.50 | 1597 | 4/10 | 32.19 |
| 1592 | 4/7 | 217.00 | 1596 * | 4/8 | 75.00 | 1598 | 4/10 | 200.00 |
| 1593 | 4/3 | 500.00 | | | | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2014 - 04/30/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $910.00 ☐ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|   - Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan™ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WOWO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 1,600 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $8.09 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$108.09** |
| | |
| Average ledger balance this period | $108.09 |

Account number:  **6222986942**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $108.09 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/1 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Opexpkfghc xxxxxx9271 | 100.00 | | 108.09 |
| | Ending balance on 4/30 | | | 108.09 |
| **Totals** | | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2014 - 04/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $108.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |

YC/YC



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your                    $ _____
    register or transfers into                      $ _____
    your account which are not                   $ _____
    shown on your statement.                  + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

    (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801