**EXHIBIT A-11**

# Wells Fargo Combined Statement of Accounts

Primary account number: **6834939271** ■ March 1, 2014 - March 31, 2014 ■ Page 1 of 6



JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 1,242.83 | 1,069.16 |
| Business Market Rate Savings | 4 | 6222986942 | 18.09 | 8.09 |
| **Total deposit accounts** | | | **$1,260.92** | **$1,077.25** |



# Advantage Business Package Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,242.83 |
| Deposits/Credits | 3,750.12 |
| Withdrawals/Debits | - 3,923.79 |
| **Ending balance on 3/31** | **$1,069.16** |
| Average ledger balance this period | $1,000.62 |

Account number:   **6834939271**

**JAMES E CAMPBELL JR INC**

Colorado account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 000006222986942

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | Deposit Made In A Branch/Store | 500.00 | | |
| 3/3 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Opeqw693NH xxxxxx6942 | | 100.00 | |
| 3/3 | 1584 | Check | | 324.00 | |
| 3/3 | | Capital One Online Pmt 406239919025421 9198753855Campbell Jam | | 200.00 | |
| 3/3 | 1588 | Check | | 80.00 | 1,038.83 |
| 3/5 | | Allianz Life Ins Commission 140304 6005954000-001 James E Campbell Jr IN | 249.96 | | |
| 3/5 | | Check Crd Purchase 03/04 Sq *Live Mic Promo Colorado Spri CO 425907xxxxxx4878 384063616649563 ?McC=8999 102000076DA | | 349.00 | |
| 3/5 | | Check Crd Purchase 03/04 Tire World Inc Dow Colorado Spri CO 425907xxxxxx4878 284063677325818 ?McC=5532 102000076DA | | 503.20 | 436.59 |
| 3/7 | | Deposit Made In A Branch/Store | 1,500.00 | | 1,936.59 |
| 3/10 | | Capital One Online Pmt 406939919429501 9198753855Campbell Jam | | 700.00 | 1,236.59 |
| 3/12 | | POS Purchase - 03/12 Mach ID 000000 Wal Mart 3805 Woodland Par CO 4878 00000000535846471 ?McC=5411 | | 18.48 | |
| 3/12 | 1587 | Check | | 192.00 | 1,026.11 |
| 3/13 | | Allianz Life Ins Commission 140312 6005954000-001 James E Campbell Jr IN | 2.70 | | 1,028.81 |
| 3/17 | | Allianz Life Ins Commission 140314 6005954000-001 James E Campbell Jr IN | 34.98 | | |
| 3/17 | 1590 | Check | | 90.00 | |
| 3/17 | 1589 | Check | | 32.14 | 941.65 |
| 3/18 | | Beneficial Life Payroll 140317 10596 James Campbell Jr | 31.48 | | |
| 3/18 | | American General Premium Ymc0158961 Sandra Campbell | | 131.24 | 841.89 |
| 3/19 | | POS Purchase - 03/19 Mach ID 000000 Safeway Store 1578 Woodland Parkco 4878 00464079000098287 ?McC=5411 | | 35.71 | |
| 3/19 | | Grange Ins. Grange EFT Mar 18 1788976 Campbell, James | | 78.02 | 728.16 |
| 3/20 | | Check Crd Purchase 03/19 Google *Adws702972 CC@Google.Com CA 425907xxxxxx4878 584078522501640 ?McC=7311 102000076DA | | 50.00 | 678.16 |
| 3/21 | | Allianz Life Ins Commission 140320 6005954000-001 James E Campbell Jr IN | 15.00 | | 693.16 |
| 3/25 | | Capital One Crcardpmt 408330189005837 9320801614Campbell Jam | | 15.00 | 678.16 |
| 3/27 | | Deposit Made In A Branch/Store | 800.00 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|------------|---------|
| 3/27 | | Online Transfer From James E Campbell Jr IN Business Market Rate Savings xxxxxx6942 Ref #Ibemzcgspq on 03/27/14 | 110.00 | | |
| 3/27 | | Capital One Online Pmt 408639919309495 9320801614Campbell Jam | | 700.00 | |
| 3/27 | | IRS Usataxpymt 032714 270448613248875 James E & Sandra V Cam | | 325.00 | 563.16 |
| 3/28 | | Allianz Life Ins Commission 140327 6005954000-001 James E Campbell Jr IN | 506.00 | | 1,069.16 |
| Ending balance on 3/31 | | | | | 1,069.16 |
| Totals | | | $3,750.12 | $3,923.79 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1584 | 3/3 | 324.00 | 1588 | 3/3 | 80.00 | 1590 | 3/17 | 90.00 |
| 1587 * | 3/12 | 192.00 | 1589 | 3/17 | 32.14 | | | |

\* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2014 - 03/31/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee  *(complete 1 AND 2)*** | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $1,001.00 ☐ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
|   – Average ledger balances in business checking, savings, and time accounts | | |
|   – Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|   – Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

\*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
wowo



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 800 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $18.09 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 110.00 |
| Ending balance on 3/31 | $8.09 |
| | |
| Average ledger balance this period | $93.89 |

Account number:  **6222986942**

**JAMES E CAMPBELL JR INC**

Colorado account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $93.89 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.02 |
| Total interest paid in 2013 | $0.13 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/3 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Opeqw693NH xxxxxx9271 | 100.00 | | 118.09 |
| 3/27 | * Online Transfer to James E Campbell Jr Inc Business Checking xxxxxx9271 Ref #Ibemzcgspq on 03/27/14 | | 110.00 | 8.09 |
| | Ending balance on 3/31 | | | 8.09 |
| **Totals** | | **$100.00** | **$110.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*\* Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2014 - 03/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $94.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |

YC/YC

#  IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Primary account number:   **6834939271**   ■ March 1, 2014 - March 31, 2014   ■ Page 6 of 6



WELLS FARGO

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your                  $ _____
   register or transfers into                    $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801