# EXHIBIT A-13

# Wells Fargo Combined Statement of Accounts



Primary account number: **6834939271** ■ December 1, 2013 - December 31, 2013 ■ Page 1 of 6

JAMES E CAMPBELL JR INC
PO BOX 5167
WOODLAND PARK CO 80866-5167

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

Your statement includes a "Monthly service fee summary" section that gives you the ability to proactively manage the monthly service fee on your account. This section provides you with the view of your checking or savings account monthly service fee, the requirements to waive the monthly service fee, if applicable, and the current status for each requirement. You may view this information on your statement or in your secure online banking session by clicking "View Monthly Service Fee" on the left-hand navigation bar. If you'd like to schedule an account review or to learn about other accounts or services we offer, please contact Wells Fargo at 1-800-225-5935 or visit your local Wells Fargo store.

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 6834939271 | 1,339.27 | 1,829.43 |
| Business Market Rate Savings | 4 | 6222986942 | 318.07 | 18.07 |
| | Total deposit accounts | | $1,657.34 | $1,847.50 |

Primary account number:   **6834939271**   ■   December 1, 2013 - December 31, 2013   ■   Page 2 of 6



## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $1,339.27 |
| Deposits/Credits | 4,527.82 |
| Withdrawals/Debits | - 4,037.66 |
| **Ending balance on 12/31** | **$1,829.43** |
| Average ledger balance this period | $879.18 |

Account number:   **6834939271**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Savings  - 000006222986942

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | Recurring Transfer to James E Campbell Jr I Business Market Rate Savings Ref #Opetrfhy74 xxxxxx6942 | | 100.00 | 1,239.27 |
| 12/6 | | Sprint8006396111 Achbillpay 131204 xxxxx0364 James Campbell | | 248.09 | 991.18 |
| 12/9 | | Allianz Life Ins Commission 131206 6005954000-001 James E Campbell Jr IN | 2.70 | | |
| 12/9 | 1567 | Check | | 500.00 | 493.88 |
| 12/10 | 1569 | Check | | 102.00 | 391.88 |
| 12/11 | 1571 | Check | | 90.00 | 301.88 |
| 12/12 | 1572 | Check | | 33.33 | 268.55 |
| 12/13 | | Allianz Life Ins Commission 131212 6005954000-001 James E Campbell Jr IN | 34.98 | | |
| 12/13 | | Online Transfer From James E Campbell Jr IN Business Market Rate Savings xxxxxx6942 Ref #Ibe5H6Lc33 on 12/13/13 | 400.00 | | 703.53 |
| 12/17 | | Alac-Open-151 Cons Cp 131213 Rp57F James E Campbell Jr IN | 54.61 | | |
| 12/17 | | Beneficial Life Payroll 131216 10596 James Campbell Jr | 30.53 | | |
| 12/17 | | American General Premium Ymc0158961 Sandra Campbell | | 131.24 | |
| 12/17 | 1570 | Check | | 90.00 | 567.43 |
| 12/18 | | Grange Ins. Grange EFT Dec 17 1694682 Campbell, James | | 80.00 | 487.43 |
| 12/19 | | Deposit Made In A Branch/Store | 1,350.00 | | 1,837.43 |
| 12/20 | | Allianz Life Ins Commission 131219 6005954000-001 James E Campbell Jr IN | 15.00 | | |
| 12/20 | 1568 | Check | | 400.00 | 1,452.43 |
| 12/23 | | Capital One Online Pmt 335439919602330 9198753855Campbell Jam | | 623.00 | 829.43 |
| 12/26 | | IRS Usataxpymt 122613 270376020794723 James E & Sandra V Cam | | 325.00 | |
| 12/26 | | Capital One Crcardpmt 335830189003241 9198753855Campbell Jam | | 15.00 | 489.43 |
| 12/30 | 1573 | Check | | 300.00 | 189.43 |
| 12/31 | | Deposit Made In A Branch/Store | 2,640.00 | | |
| 12/31 | 1576 | Check | | 1,000.00 | 1,829.43 |
| **Ending balance on 12/31** | | | | | **1,829.43** |
| **Totals** | | | **$4,527.82** | **$4,037.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Primary account number:  **6834939271**  ■  December 1, 2013 - December 31, 2013  ■  Page 3 of 6



**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1567 | 12/9 | 500.00 | 1570 | 12/17 | 90.00 | 1573 | 12/30 | 300.00 |
| 1568 | 12/20 | 400.00 | 1571 | 12/11 | 90.00 | 1576 * | 12/31 | 1,000.00 |
| 1569 | 12/10 | 102.00 | 1572 | 12/12 | 33.33 | | | |

\* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2013 - 12/31/2013 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $879.00 ☐ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☐ |
|   – Average ledger balances in business checking, savings, and time accounts | | |
|   – Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|   – Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan™ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WO/WO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 23 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.



## Business Market Rate Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $318.07 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 400.00 |
| **Ending balance on 12/31** | **$18.07** |
| Average ledger balance this period | $169.68 |

Account number:  **6222986942**

**JAMES E CAMPBELL JR INC**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $169.68 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.13 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 12/2 | Recurring Transfer From James E Campbell Jr Business Checking Ref #Opetrfhy74 xxxxxx9271 | 100.00 | | 418.07 |
| 12/13 | ✳ Online Transfer to James E Campbell Jr Inc Business Checking xxxxxx9271 Ref #Ibe5H6Lc33 on 12/13/13 | | 400.00 | 18.07 |
| | **Ending balance on 12/31** | | | 18.07 |
| **Totals** | | **$100.00** | **$400.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2013 - 12/31/2013 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $170.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |
| YC/YC | | |

 **IMPORTANT ACCOUNT INFORMATION**



### Online and Telephone Transfers from a Savings Account May Be Declined

Beginning December 11, 2013, transfers from this savings account through online banking (including mobile and text) or by telephone may be declined for the remainder of the monthly statement period if the federal limit of six (6) transfers is reached. We are taking this step to help customers stay within the federal limit.

As stated in your Account Agreement, most transfers from savings accounts are limited by Regulation D to six (6) per month including transfers for overdraft protection coverage, online banking, or by telephone (automated and banker assisted). If the limit is exceeded, an excess activity fee applies and the account may be converted to a checking account.

There are no limits on transfers or withdrawals made in person at ATMs or Wells Fargo banking locations or on any types of deposits.

If you have questions, please contact your local banker or call the phone number on the top of your statement.

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Primary account number:  **6834939271**  ■  December 1, 2013 - December 31, 2013  ■  Page 6 of 6



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                        $ _____
register or transfers into                             $ _____
your account which are not                             $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801