*Basic Business Checking* statement
September 1, 2017 to September 30, 2017

## Basic Business Checking: 1894818192

### Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #26451 | -562.50 | Sep 22 | 0970767607 | #26515 | -10,000.00 | Sep 20 | 0970695360 |
| #26452 | -1,154.06 | Sep 22 | 0970747595 | #26516 | -776.00 | Sep 25 | 0970061915 |
| @26454 | -1,125.00 | Sep 25 | 0971005705 | #26517 | -1,305.00 | Sep 20 | 0970730017 |
| @26456 | -750.00 | Sep 27 | 0970665414 | #26518 | -9,070.00 | Sep 21 | 0970790545 |
| #26457 | -1,462.50 | Sep 21 | 0970792073 | @26520 | -3,200.00 | Sep 20 | 0970695363 |
| #26458 | -1,980.00 | Sep 22 | 0971080391 | #26521 | -3,750.00 | Sep 20 | 0970813167 |
| @26460 | -3,000.00 | Sep 22 | 0970704081 | #26522 | -7,650.00 | Sep 28 | 0970797791 |
| #26461 | -1,200.00 | Sep 22 | 0970015071 | @26525 | -3,200.00 | Sep 20 | 0970695364 |
| #26462 | -2,000.00 | Sep 25 | 0970010207 | @26529 | -11,538.19 | Sep 20 | 0970695367 |
| @26464 | -1,043.75 | Sep 21 | 0970802679 | #26530 | -259.60 | Sep 28 | 0970445498 |
| #26465 | -1,125.00 | Sep 25 | 0971521938 | #26531 | -3,124.40 | Sep 25 | 0971521381 |
| #26466 | -750.00 | Sep 25 | 0971521937 | #26532 | -2,372.58 | Sep 25 | 0971521379 |
| #26467 | -49.17 | Sep 20 | 0970021837 | #26533 | -1,616.91 | Sep 25 | 0971521380 |
| #26468 | -533.75 | Sep 18 | 0971511993 | #26534 | -510.00 | Sep 21 | 0970804105 |
| @26470 | -2,678.91 | Sep 18 | 0971001505 | @26536 | -59,440.00 | Sep 22 | 0971083893 |
| #26471 | -838.75 | Sep 25 | 0970048146 | #26537 | -17,550.00 | Sep 21 | 0970794268 |
| #26472 | -8,130.00 | Sep 28 | 0970489570 | #26538 | -750.00 | Sep 26 | 0970638256 |
| #26473 | -8,375.00 | Sep 25 | 0971540246 | #26539 | -600.00 | Sep 20 | 0970815604 |
| #26474 | -4,746.00 | Sep 25 | 0971001179 | #26540 | -2,717.00 | Sep 25 | 0971532443 |
| @26476 | -5,700.00 | Sep 25 | 0970992532 | #26541 | -236,681.09 | Sep 27 | 0970742954 |
| #26477 | -332.92 | Sep 25 | 0970979367 | #26542 | -624.00 | Sep 22 | 0971089124 |
| #26478 | -1,499.00 | Sep 21 | 0970802435 | #26543 | -8,290.00 | Sep 21 | 0970469839 |
| #26479 | -3,200.00 | Sep 20 | 0970695361 | @26545 | -4,720.00 | Sep 27 | 0970749896 |
| #26480 | -32,674.90 | Sep 20 | 0970718055 | #26546 | -13,800.00 | Sep 26 | 0970631812 |
| #26481 | -1,750.00 | Sep 21 | 0970493135 | #26547 | -5,170.00 | Sep 29 | 0970740224 |
| #26482 | -450.00 | Sep 20 | 0970815600 | #26548 | -637.50 | Sep 25 | 0971505571 |
| #26483 | -2,840.00 | Sep 20 | 0970815603 | #26549 | -1,500.00 | Sep 25 | 0971086127 |
| @26485 | -3,000.00 | Sep 25 | 0970011488 | #26550 | -1,500.00 | Sep 25 | 0971086126 |
| @26487 | -9,000.00 | Sep 20 | 0970695362 | #26551 | -1,625.00 | Sep 25 | 0971018284 |
| #26488 | -1,771.66 | Sep 26 | 0970634457 | #26552 | -1,176.00 | Sep 25 | 0971076477 |
| #26489 | -360.00 | Sep 21 | 0970794267 | #26553 | -1,250.00 | Sep 27 | 0970746544 |
| #26490 | -880.00 | Sep 20 | 0970815601 | #26554 | -500.00 | Sep 27 | 0970746545 |
| #26491 | -316,129.19 | Sep 27 | 0970621004 | #26555 | -3,000.00 | Sep 26 | 0970580696 |
| #26492 | -9,500.00 | Sep 20 | 0970695358 | #26556 | -1,000.00 | Sep 25 | 0971108882 |
| #26493 | -2,875.00 | Sep 26 | 0970638254 | #26557 | -4,000.00 | Sep 26 | 0970022735 |
| #26494 | -420,777.92 | Sep 28 | 097 0501014 | #26558 | -2,000.00 | Sep 26 | 0970934159 |
| #26495 | -9,500.00 | Sep 20 | 0970695366 | #26559 | -750.00 | Sep 26 | 0970587397 |
| #26496 | -802.50 | Sep 21 | 0970806460 | #26560 | -3,600.00 | Sep 29 | 0971091556 |
| #26497 | -12,000.00 | Sep 20 | 0970815602 | #26561 | -3,300.00 | Sep 25 | 0971081777 |
| #26498 | -3,150.59 | Sep 26 | 0970634452 | #26562 | -4,000.00 | Sep 27 | 0970016311 |
| #26499 | -4,760.00 | Sep 20 | 0970796478 | #26563 | -2,250.00 | Sep 27 | 0970615157 |
| #26500 | -2,500.00 | Sep 20 | 0970796479 | #26564 | -1,000.00 | Sep 27 | 0970749898 |
| #26501 | -100,972.90 | Sep 25 | 0971087541 | #26565 | -1,000.00 | Sep 27 | 0970749897 |
| #26502 | -9,500.00 | Sep 20 | 0970695365 | #26566 | -6,666.67 | Sep 29 | 0970671775 |
| #26503 | -1,600.00 | Sep 22 | 0970743920 | #26567 | -662.50 | Sep 28 | 0970433434 |
| #26504 | -1,729.07 | Sep 26 | 0970634453 | @26569 | -3,853.33 | Sep 25 | 0971018282 |
| #26505 | -2,187.56 | Sep 26 | 0970638255 | #26570 | -2,100.00 | Sep 25 | 0971018283 |
| #26506 | -130,398.72 | Sep 25 | 0971510849 | @26575 | -194.44 | Sep 28 | 0970795832 |
| #26507 | -13,774.00 | Sep 22 | 0970763521 | #26576 | -1,010.42 | Sep 28 | 0970795834 |
| #26508 | -89.92 | Sep 25 | 0970062042 | #26577 | -106.00 | Sep 28 | 0970795833 |
| #26509 | -6,000.00 | Sep 25 | 0970040227 | @26579 | -1,250.00 | Sep 25 | 0971518777 |
| #26510 | -3,000.00 | Sep 25 | 0970011489 | #26580 | -2,217.64 | Sep 25 | 0971518778 |
| #26511 | -772.37 | Sep 26 | 0970634456 | #26581 | -1,661.35 | Sep 26 | 0970638940 |
| #26512 | -109,224.23 | Sep 22 | 0970755957 | @26583 | -2,804.00 | Sep 26 | 0970563463 |
| #26513 | -481.50 | Sep 26 | 0970634455 | @26586 | -620.00 | Sep 25 | 0970982617 |
| #26514 | -789.36 | Sep 29 | 0970762127 | #26587 | -2,500.00 | Sep 26 | 0970639768 |

Highly Confidential

COM0005933





Posted    : 09/22/2017
R/T       : 012113752
Account   : 1894818192
Check     : 26451
Amount    : 562.50
DIN       : 970767607

Page 799

Highly Confidential

COM0248266

WB-CAMP 001542

# Tab 0149

WB-CAMP 001543

*Basic Business Checking* statement
September 1, 2017 to September 30, 2017

## Basic Business Checking: 1894818192

### Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #26300 | -455.00 | Sep 21 | 0970816315 | #26373 | -1,500.00 | Sep 27 | 0970590163 |
| @26302 | -1,882.50 | Sep 25 | 0971088286 | #26374 | -470.00 | Sep 28 | 0480749707 |
| #26303 | -1,125.00 | Sep 22 | 0970757577 | #26375 | -637.50 | Sep 25 | 0971505572 |
| #26304 | -312.00 | Sep 22 | 0970758597 | #26376 | -375.00 | Sep 25 | 0970984256 |
| @26307 | -250.00 | Sep 25 | 0971018288 | #26377 | -6,000.00 | Sep 26 | 0970637582 |
| #26308 | -62.50 | Sep 27 | 0970665902 | #26378 | -1,250.00 | Sep 25 | 0971084466 |
| #26309 | -2,312.15 | Sep 22 | 0970700222 | #26379 | -1,000.00 | Sep 25 | 0971084852 |
| @26311 | -157.03 | Sep 25 | 0971084133 | @26381 | -2,000.00 | Sep 25 | 0971062272 |
| #26312 | -21,676.28 | Sep 21 | 0970802638 | #26382 | -2,000.00 | Sep 26 | 0970022733 |
| #26313 | -1,778.38 | Sep 25 | 0970027396 | #26383 | -7,000.00 | Sep 26 | 0970639144 |
| #26314 | -87.50 | Sep 25 | 0971087949 | @26385 | -4,000.00 | Sep 22 | 0971080389 |
| #26315 | -249.25 | Sep 27 | 0970746546 | #26386 | -750.00 | Sep 25 | 0971061958 |
| #26316 | -295.00 | Sep 29 | 0971084137 | @26388 | -1,907.41 | Sep 22 | 0970767725 |
| #26317 | -700.00 | Sep 28 | 0970489569 | @26391 | -1,810.81 | Sep 25 | 0971086045 |
| #26318 | -750.00 | Sep 20 | 0970717332 | #26392 | -368.75 | Sep 25 | 0970018966 |
| #26319 | -1,086.46 | Sep 25 | 0971087842 | @26394 | -4,716.76 | Sep 25 | 0971088262 |
| #26320 | -733.75 | Sep 26 | 0970939088 | @26398 | -181.82 | Sep 26 | 0970638663 |
| #26321 | -250.00 | Sep 27 | 0970753993 | #26399 | -220.63 | Sep 29 | 0970658166 |
| @26323 | -125.00 | Sep 27 | 0970611210 | #26400 | -62.50 | Sep 25 | 0970975565 |
| #26324 | -312.50 | Sep 21 | 0970501001 | @26402 | -550.00 | Sep 26 | 0970654988 |
| #26325 | -555.00 | Sep 25 | 0971511296 | @26406 | -1,350.61 | Sep 25 | 0971511706 |
| @26327 | -1,270.58 | Sep 21 | 0970446464 | #26407 | -180.00 | Sep 25 | 0971099763 |
| @26329 | -1,000.00 | Sep 29 | 0971076248 | #26408 | -1,800.00 | Sep 20 | 0970677315 |
| #26330 | -2,800.00 | Sep 25 | 0971505493 | #26409 | -1,015.82 | Sep 25 | 0971095436 |
| #26331 | -2,000.00 | Sep 26 | 0970553555 | #26410 | -1,439.38 | Sep 21 | 0970424748 |
| #26332 | -1,820.00 | Sep 25 | 0971018287 | #26411 | -1,616.66 | Sep 21 | 0970424747 |
| #26333 | -2,500.00 | Sep 27 | 0970746547 | #26412 | -281.25 | Sep 29 | 0970671684 |
| @26335 | -10,000.00 | Sep 21 | 0970462052 | #26413 | -1,450.00 | Sep 21 | 0970791649 |
| #26336 | -5,400.00 | Sep 26 | 0970947957 | #26414 | -519.99 | Sep 20 | 0970802141 |
| #26337 | -1,500.00 | Sep 25 | 0970988905 | #26415 | -198.57 | Sep 22 | 0970745739 |
| #26338 | -1,000.00 | Sep 26 | 0970947680 | #26416 | -84.09 | Sep 22 | 0970745738 |
| #26339 | -3,750.00 | Sep 28 | 0970497795 | #26417 | -199.07 | Sep 22 | 0970745741 |
| #26340 | -2,025.00 | Sep 28 | 0970497799 | #26418 | -108.96 | Sep 22 | 0970745740 |
| #26341 | -1,125.00 | Sep 28 | 0970497798 | #26419 | -219.72 | Sep 25 | 0970987305 |
| #26342 | -2,100.00 | Sep 22 | 0970761656 | #26420 | -62.22 | Sep 28 | 0970415974 |
| #26343 | -8,000.00 | Sep 22 | 0971080390 | #26421 | -64.69 | Sep 28 | 0970415973 |
| #26344 | -1,250.00 | Sep 27 | 0970016310 | #26422 | -69.68 | Sep 28 | 0970415972 |
| @26352 | -600.00 | Sep 25 | 0971005706 | #26423 | -74.11 | Sep 28 | 0970415976 |
| #26353 | -670.83 | Sep 25 | 0971005707 | #26424 | -46.80 | Sep 28 | 0970415975 |
| #26354 | -145.83 | Sep 29 | 0971091554 | #26425 | -15,002.88 | Sep 15 | 0970979009 |
| @26356 | -333.33 | Sep 25 | 0971077827 | @26428 | -2,000.00 | Sep 25 | 0971520349 |
| #26357 | -625.00 | Sep 25 | 0971535910 | #26429 | -2,500.00 | Sep 13 | 0970750303 |
| @26359 | -783.34 | Sep 26 | 0970943455 | @26432 | -1,260.00 | Sep 25 | 0970123786 |
| #26360 | -4,375.00 | Sep 25 | 0971084162 | #26433 | -937.50 | Sep 25 | 0971535907 |
| #26361 | -4,375.00 | Sep 25 | 0971018285 | #26434 | -937.50 | Sep 25 | 0971535908 |
| #26362 | -16,770.39 | Sep 28 | 0970492478 | #26435 | -1,500.00 | Sep 25 | 0971535909 |
| #26363 | -2,500.00 | Sep 19 | 0970923114 | #26436 | -1,875.00 | Sep 25 | 0971535904 |
| #26364 | -1,000.00 | Sep 25 | 0971117344 | #26437 | -1,743.75 | Sep 25 | 0971535903 |
| #26365 | -6,000.00 | Sep 25 | 0971117345 | @26440 | -2,250.00 | Sep 26 | 0970947956 |
| #26366 | -1,800.00 | Sep 28 | 0970431508 | @26442 | -986.47 | Sep 25 | 0971088263 |
| #26367 | -1,326.84 | Sep 28 | 0970431513 | @26444 | -5,875.00 | Sep 26 | 0970928294 |
| #26368 | -1,000.00 | Sep 28 | 0970431512 | @26446 | -950.42 | Sep 22 | 0971085604 |
| #26369 | -3,375.00 | Sep 28 | 0970431507 | #26447 | -2,400.00 | Sep 22 | 0971085606 |
| #26370 | -1,000.00 | Sep 25 | 0970010206 | #26448 | -1,125.00 | Sep 22 | 0971085605 |
| #26371 | -862.50 | Sep 28 | 0970433433 | #26449 | -1,875.00 | Sep 25 | 0971535914 |
| #26372 | -1,950.00 | Sep 25 | 0971018286 | #26450 | -562.50 | Sep 22 | 0970767606 |





```
Posted      : 09/25/2017
R/T         : 012113752
Account     : 1894818192
Check       : 26302
Amount      : 1882.50
DIN         : 971088286
```

Highly Confidential

COM0248155

WB-CAMP 001545

# Tab 0150

WB-CAMP 001546

*Basic Business Checking* statement
November 1, 2017 to November 30, 2017

## Basic Business Checking: 1894818192

### Checks paid this statement period (continued)

* Symbol indicates a break in check number sequence
# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| @28703 | -729.17 | Nov 21 | 0970777838 | #28776 | -5,000.00 | Nov 21 | 0970777134 |
| #28704 | -2,700.00 | Nov 20 | 0970972130 | #28777 | -2,400.00 | Nov 27 | 0971044212 |
| #28705 | -3,000.00 | Nov 17 | 0970625562 | @28779 | -1,796.25 | Nov 28 | 0970582660 |
| #28706 | -8,750.00 | Nov 17 | 0970625558 | #28780 | -520.83 | Nov 21 | 0971025647 |
| #28707 | -1,333.33 | Nov 24 | 0970459058 | #28781 | -400.00 | Nov 21 | 0971025645 |
| #28708 | -833.33 | Nov 21 | 0970776913 | #28782 | -291.67 | Nov 21 | 0971025646 |
| #28709 | -1,800.00 | Nov 22 | 0970645189 | @28784 | -6,000.00 | Nov 20 | 0971625127 |
| #28710 | -1,000.00 | Nov 22 | 0970645192 | #28785 | -656.25 | Nov 20 | 0971625126 |
| #28711 | -1,500.00 | Nov 29 | 0970629552 | #28786 | -1,000.00 | Nov 28 | 0970535197 |
| @28713 | -9,000.00 | Nov 21 | 0970748255 | #28787 | -1,000.00 | Nov 20 | 0970964682 |
| #28714 | -1,064.89 | Nov 21 | 0970779149 | #28788 | -23,680.00 | Nov 28 | 0970972816 |
| #28715 | -891.66 | Nov 21 | 0970777669 | #28789 | -14,200.00 | Nov 28 | 0970972815 |
| #28716 | -1,610.33 | Nov 24 | 0970687365 | #28790 | -10,600.00 | Nov 21 | 0971008551 |
| #28717 | -133.33 | Nov 20 | 0970857846 | #28791 | -4,295.00 | Nov 21 | 0970039087 |
| #28718 | -383.34 | Nov 20 | 0970857845 | @28794 | -9,500.00 | Nov 16 | 0970524561 |
| #28719 | -904.33 | Nov 17 | 0970625557 | #28795 | -3,287.50 | Nov 20 | 0970976087 |
| @28721 | -333.33 | Nov 17 | 0970551303 | #28796 | -47.15 | Nov 27 | 0971589873 |
| #28722 | -1,266.67 | Nov 17 | 0970551304 | #28797 | -537,704.13 | Nov 21 | 0970780035 |
| #28723 | -500.00 | Nov 27 | 0971125179 | #28798 | -150,010.00 | Nov 20 | 0970988556 |
| @28729 | -1,875.00 | Nov 22 | 0970646355 | #28799 | -3,000.00 | Nov 20 | 0970059198 |
| @28731 | -5,800.00 | Nov 21 | 0950952597 | #28800 | -3,300.00 | Nov 17 | 0971077115 |
| #28732 | -4,850.00 | Nov 21 | 0950952598 | #28801 | -89,179.74 | Nov 17 | 0970640766 |
| #28733 | -1,323.42 | Nov 21 | 0970686850 | #28802 | -125,941.26 | Nov 17 | 0970640767 |
| @28735 | -300.00 | Nov 20 | 0971000290 | #28803 | -9,000.00 | Nov 16 | 0970524559 |
| #28736 | -88,530.39 | Nov 22 | 0971012939 | #28804 | -2,200.00 | Nov 17 | 0970645569 |
| #28737 | -1,200.00 | Nov 22 | 0970635544 | #28805 | -5,420.00 | Nov 20 | 0970110145 |
| #28738 | -10,010.76 | Nov 16 | 0970524558 | #28806 | -9,429.71 | Nov 20 | 0970962383 |
| #28739 | -3,190.00 | Nov 17 | 0970615892 | #28807 | -1,100.00 | Nov 22 | 0971000717 |
| #28740 | -464.91 | Nov 27 | 0971589872 | #28808 | -1,442.09 | Nov 27 | 0971589871 |
| #28741 | -91,800.00 | Nov 20 | 0970863958 | #28809 | -6,500.00 | Nov 20 | 0971652323 |
| #28742 | -6,000.00 | Nov 16 | 0970524560 | #28810 | -515,047.18 | Nov 22 | 0970657140 |
| #28743 | -4,500.00 | Nov 20 | 0970059199 | #28811 | -3,000.00 | Nov 20 | 0970059197 |
| #28744 | -292.00 | Nov 20 | 0970975372 | #28812 | -171.50 | Nov 27 | 0971589870 |
| #28745 | -1,483.48 | Nov 20 | 0971611930 | #28813 | -57,664.00 | Nov 17 | 0970655197 |
| #28746 | -353,700.00 | Nov 22 | 0970575977 | #28814 | -53,130.00 | Nov 17 | 0970655198 |
| #28747 | -1,141.65 | Nov 20 | 0970922445 | #28815 | -79,581.15 | Nov 29 | 0970626106 |
| #28748 | -332.92 | Nov 22 | 0970549328 | #28816 | -11,500.00 | Nov 16 | 0970524557 |
| #28749 | -1,248.66 | Nov 20 | 0970983769 | @28818 | -187.50 | Nov 21 | 0971028685 |
| #28750 | -432.16 | Nov 20 | 0970983768 | #28819 | -1,920.00 | Nov 17 | 0970645568 |
| #28751 | -393.00 | Nov 21 | 0970707368 | #28820 | -450.00 | Nov 22 | 0970641835 |
| #28752 | -580.11 | Nov 20 | 0970875788 | #28821 | -350.00 | Nov 22 | 0970618601 |
| #28753 | -105.50 | Nov 21 | 0970691430 | #28822 | -6,602.08 | Nov 21 | 0971022517 |
| #28754 | -194.02 | Nov 21 | 0970707665 | #28823 | -440.00 | Nov 22 | 0971000716 |
| #28755 | -3,490.00 | Nov 21 | 0971007717 | #28824 | -29,586.02 | Nov 20 | 0971656998 |
| #28756 | -299.97 | Nov 28 | 0970971951 | #28825 | -2,482.50 | Nov 20 | 0970040485 |
| @28759 | -875.52 | Nov 21 | 0970778144 | #28826 | -301,749.01 | Nov 22 | 0970998039 |
| #28760 | -1,990.00 | Nov 22 | 0970647116 | #28827 | -146.91 | Nov 22 | 0970598281 |
| #28761 | -1,000.00 | Nov 22 | 0970651568 | #28828 | -181.97 | Nov 20 | 0971631959 |
| #28762 | -5,625.00 | Nov 20 | 0970971924 | #28829 | -46.10 | Nov 22 | 0970636236 |
| #28763 | -2,997.59 | Nov 20 | 0970974264 | #28830 | -40.79 | Nov 20 | 0971648616 |
| @28765 | -2,085.75 | Nov 22 | 0971012973 | #28831 | -28.04 | Nov 20 | 0971648617 |
| @28768 | -5,625.00 | Nov 20 | 0970971925 | #28832 | -245.55 | Nov 20 | 0971648615 |
| #28769 | -1,250.00 | Nov 28 | 0970616765 | #28833 | -16.71 | Nov 27 | 0971646765 |
| @28771 | -1,600.00 | Nov 22 | 0970648141 | #28834 | -6.81 | Nov 27 | 0971646766 |
| @28774 | -649.50 | Nov 21 | 0970747804 | #28835 | -26.73 | Nov 27 | 0971646762 |
| #28775 | -2,125.00 | Nov 22 | 0970647137 | #28836 | -209.06 | Nov 27 | 0971646763 |





Date: 2017/11/21
CID: 0249-05MAR19
DIN: 970777669
Acct#: 1894818192
Ck#: 28715
Amt: $ 891.66

Page 658 of 1303

Highly Confidential

COM0251050

WB-CAMP 001548

# Tab 0151

WB-CAMP 001549

*Basic Business Checking* statement
November 1, 2017 to November 30, 2017

## Basic Business Checking: 1894818192

### Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #28988 | -117.52 | Nov 21 | 0971024541 | #29065 | -74.34 | Nov 20 | 0971627397 |
| @28991 | -3,750.00 | Nov 17 | 0970570532 | #29066 | -4,310.30 | Nov 28 | 0970984992 |
| @28993 | -1,666.67 | Nov 27 | 0971036588 | #29067 | -756.14 | Nov 24 | 0970433170 |
| #28994 | -3,900.00 | Nov 16 | 0970533379 | @29069 | -4,012.50 | Nov 21 | 0970790809 |
| #28995 | -36,695.09 | Nov 17 | 0971096351 | #29070 | -2,451.95 | Nov 21 | 0970790808 |
| #28996 | -305.55 | Nov 28 | 0970982441 | @29087 | -87,971.00 | Nov 27 | 0971638286 |
| @29000 | -500.00 | Nov 30 | 0970575020 | #29088 | -1,625.00 | Nov 20 | 0970039878 |
| @29003 | -675.00 | Nov 29 | 0970630231 | #29089 | -195.71 | Nov 30 | 0970619387 |
| #29004 | -1,250.00 | Nov 29 | 0970630232 | #29090 | -899.25 | Nov 29 | 0970619621 |
| #29005 | -250.00 | Nov 30 | 0970783275 | #29091 | -3,900.00 | Nov 27 | 0971022527 |
| @29007 | -10,560.00 | Nov 27 | 0970106184 | #29092 | -297.54 | Nov 28 | 0970603094 |
| @29009 | -1,800.00 | Nov 27 | 0971032260 | #29093 | -128.18 | Nov 28 | 0970603095 |
| #29010 | -900.00 | Nov 27 | 0971126177 | #29094 | -9,000.00 | Nov 20 | 0970980487 |
| #29011 | -500.00 | Nov 28 | 0970544612 | #29095 | -2,984.72 | Nov 29 | 0970637993 |
| #29012 | -1,950.00 | Nov 27 | 0971036587 | #29096 | -9,000.00 | Nov 20 | 0970980488 |
| #29013 | -1,000.00 | Nov 24 | 0970689142 | #29097 | -73.50 | Nov 29 | 0970637994 |
| @29020 | -10,000.00 | Nov 20 | 0970111494 | #29098 | -434.50 | Nov 27 | 0971121773 |
| #29021 | -650.00 | Nov 22 | 0970634745 | #29099 | -414.65 | Nov 28 | 0970984989 |
| #29022 | -3,200.00 | Nov 17 | 0970617173 | #29100 | -34.00 | Nov 27 | 0971123688 |
| #29023 | -172.50 | Nov 21 | 0970779943 | #29101 | -16.02 | Nov 27 | 0970113097 |
| #29024 | -51,948.90 | Nov 30 | 0970804864 | #29102 | -44.05 | Nov 27 | 0970113096 |
| #29025 | -195,605.00 | Nov 30 | 0970804863 | #29103 | -12.69 | Nov 27 | 0971060351 |
| #29026 | -70,902.80 | Nov 29 | 0970628624 | #29104 | -12.69 | Nov 27 | 0971060350 |
| #29027 | -28,275.00 | Nov 20 | 0970979504 | #29105 | -25.89 | Nov 27 | 0971060349 |
| #29028 | -3,535.00 | Nov 20 | 0970979503 | #29106 | -14.68 | Nov 27 | 0971027799 |
| #29029 | -12,500.00 | Nov 17 | 0970617164 | #29107 | -569.65 | Nov 22 | 0970995213 |
| #29030 | -2,030.46 | Nov 22 | 0970590571 | #29108 | -56.29 | Nov 22 | 0970995214 |
| #29031 | -11,500.00 | Nov 17 | 0970617167 | #29109 | -115.73 | Nov 24 | 0970465258 |
| @29033 | -57,500.00 | Nov 29 | 0970821816 | #29110 | -36.81 | Nov 24 | 0970694049 |
| #29034 | -724.70 | Nov 17 | 0971065430 | #29111 | -22.15 | Nov 24 | 0970694048 |
| #29035 | -172,383.50 | Nov 29 | 0970822085 | #29112 | -402.35 | Nov 24 | 0970694053 |
| #29036 | -1,835.00 | Nov 21 | 0970779831 | #29113 | -56.67 | Nov 24 | 0970694052 |
| #29037 | -26.53 | Nov 21 | 0970776385 | #29114 | -22.68 | Nov 24 | 0970694051 |
| #29038 | -8,738.75 | Nov 17 | 0970632754 | #29115 | -42.51 | Nov 24 | 0970694050 |
| #29039 | -9,000.00 | Nov 17 | 0970617168 | #29116 | -1,033.75 | Nov 28 | 0970984988 |
| #29040 | -53,250.00 | Nov 29 | 0970821817 | #29117 | -250.03 | Nov 28 | 0970961600 |
| #29041 | -238.06 | Nov 27 | 0971589867 | #29118 | -27.25 | Nov 28 | 0970961601 |
| #29042 | -9,000.00 | Nov 17 | 0970617165 | #29119 | -27.46 | Nov 28 | 0970961602 |
| #29043 | -3,863.41 | Nov 27 | 0970007156 | #29120 | -62.44 | Nov 28 | 0970961603 |
| #29044 | -20,000.00 | Nov 29 | 0970821818 | #29121 | -76.35 | Nov 28 | 0970961604 |
| @29046 | -438.69 | Nov 27 | 0971589869 | #29122 | -3.65 | Nov 28 | 0970961605 |
| #29047 | -5,046.25 | Nov 17 | 0971100517 | #29123 | -697.50 | Nov 27 | 0971103047 |
| #29048 | -8,022.16 | Nov 17 | 0970617174 | #29124 | -885.15 | Nov 27 | 0971108791 |
| #29049 | -14,420.00 | Nov 20 | 0970110147 | #29125 | -377.37 | Nov 27 | 0971121772 |
| @29051 | -12,500.00 | Nov 17 | 0970617163 | #29126 | -286.02 | Nov 27 | 0971121771 |
| #29052 | -7,450.00 | Nov 17 | 0971100518 | #29127 | -299.77 | Nov 27 | 0971646814 |
| #29053 | -1,912.00 | Nov 27 | 0971589868 | #29128 | -186.19 | Nov 22 | 0970995212 |
| #29054 | -54,055.96 | Nov 29 | 0970604892 | #29129 | -416.98 | Nov 22 | 0970991836 |
| #29055 | -1,125.00 | Nov 22 | 0970616544 | #29130 | -10,000.00 | Nov 17 | 0971060801 |
| #29056 | -11,500.00 | Nov 17 | 0970617166 | #29131 | -3,818.72 | Nov 20 | 0970932401 |
| #29057 | -1,490.00 | Nov 22 | 0970618598 | #29132 | -5,762.47 | Nov 20 | 0970932400 |
| @29059 | -10,000.00 | Nov 20 | 0970110146 | @29163 | -2,501.10 | Nov 27 | 0970988763 |
| #29060 | -120.00 | Nov 20 | 0970899470 | @29189 | -360.00 | Nov 30 | 0970807570 |
| #29061 | -2,054.66 | Nov 28 | 0970600014 | #29190 | -9,500.00 | Nov 28 | 0970618577 |
| @29063 | -900.00 | Nov 22 | 0970562965 | @29200 | -3,250.00 | Nov 29 | 0970620427 |
| #29064 | -210.00 | Nov 28 | 0970984991 | #29201 | -15,419.10 | Nov 30 | 0970813846 |

Page **11** of 21

WB-CAMP 001550

Highly Confidential    COM0005975





Date:   2017/11/27
CID:    0249-05MAR19
DIN:    971126177
Acct#:  1894818192
Ck#:    29010
Amt:    $ 900.00

Page 1063 of 1303

Highly Confidential

COM0251455

WB-CAMP 001551