# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                Plaintiff,<br><br>                v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br><br>                Defendants. | Adversary Proceeding<br>No. 19-50965 (JKS)<br><br>**Re: Docket No. 78** |

## CERTIFICATE OF SERVICE

        I, Colin R. Robinson, hereby certify that on the 3rd day of January, 2025, I caused a copy of the following document to be served on James S. Green, Jr. via email at jsgreen@svglaw.com:

**Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment [Docket No. 78]**

                                          */s/ Colin R. Robinson*
                                          Colin R. Robinson (DE Bar No. 5524)

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.a

DE:4920-3851-6749.1 94811.003