## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et, al*.,<br><br>                Remaining Debtors. | Case No. 17-12560 (BLS)<br><br>Chapter 11<br><br>Jointly Administered |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATING TRUST,<br>                Plaintiff,<br>v.<br><br>JAMES E. CAMPBELL, JR. INC. (D/B/A CAMPBELL FINANCIAL CORP.) and JAMES E. CAMPBELL, JR.<br><br>                Defendants. | Adversary<br>Case No.: 19-50965- JKS |

### AMENDED ANSWER

James E. Campbell, Jr. Inc. (d/b/a Campbell Financial Corp.) and James E. Campbell, Jr. (collectively, "Defendants"), through undersigned counsel, for their answer to the complaint hereby state as follows:

1.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 1 of the Complaint and therefore deny the same.

2.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 2 of the Complaint and therefore deny the same.

3.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 3 of the Complaint and therefore deny the same.

4.      The allegations contained in paragraph 4 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 4 of the Complaint and therefore deny the same.

5.      The allegations contained in paragraph 5 of the Complaint contain legal conclusions to which no response is required.

6.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 6 of the Complaint and therefore deny the same.

7.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 7 of the Complaint and therefore deny the same.

8.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 8 of the Complaint and therefore deny the same.

9.      Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 9 of the Complaint and therefore deny the same.

10.     Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 10 of the Complaint and therefore deny the same.

11.     The allegations contained in paragraph 11 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 11 of the Complaint and therefore deny the same.

12.     The allegations contained in paragraph 12 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 12 of the Complaint and therefore deny the same.

13.     Defendants admit that Defendant Campbell is an individual residing in Colorado. Defendants admit that James E. Campbell, Jr. Inc. (D/B/A Campbell Financial Corp.) is a Colorado corporation. Defendants deny the remaining allegations of Paragraph 13 of the Complaint.

14.     Defendants deny the allegations of Paragraph 14 of the Complaint. Further, the allegations contained in paragraph 14 of the Complaint contain legal conclusions to which no response is required.

15.     Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 15 of the Complaint and therefore deny the same.

16.     Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 16 of the Complaint and therefore deny the same.

17.     Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 17 of the Complaint and therefore deny the same.

18.     Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 18 of the Complaint and therefore deny the same.

19.     The allegations contained in paragraph 19 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 19 of the Complaint and therefore deny the same.

20.     The allegations contained in paragraph 20 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 20 of the Complaint and therefore deny the same.

21.     The allegations contained in paragraph 21 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 21 of the Complaint and therefore deny the same.

22.     The allegations contained in paragraph 22 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 22 of the Complaint and therefore deny the same.

## <u>FIRST CLAIM FOR RELIEF</u>
### (Avoidance and Recovery of Preferential Transfers)

23.     Defendants incorporate by this reference the admissions and denials contained in the foregoing paragraphs as though fully set forth herein.

24.     The allegations contained in paragraph 24 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 24 of the Complaint and therefore deny the same.

25.     The allegations contained in paragraph 25 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 25 of the Complaint and therefore deny the same.

26.     The allegations contained in paragraph 26 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 26 of the Complaint and therefore deny the same.

27.     The allegations contained in paragraph 27 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 27 of the Complaint and therefore deny the same.

## SECOND CLAIM FOR RELIEF
### (Avoidance and Recovery of Actual Intent Fraudulent Transfers – Bankruptcy Code)

28.     Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

29.     The allegations contained in paragraph 29 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 29 of the Complaint and therefore deny the same.

30.     The allegations contained in paragraph 30 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 30 of the Complaint and therefore deny the same.

31.     The allegations contained in paragraph 31 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 31of the Complaint and therefore deny the same.

32.     The allegations contained in paragraph 32 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 32 of the Complaint and therefore deny the same.

## THIRD CLAIM FOR RELIEF
### (Avoidance and Recovery of Constructive Fraudulent Transfers – Bankruptcy Code)

33.     Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

34.     The allegations contained in paragraph 34 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 34 of the Complaint and therefore deny the same.

35.     The allegations contained in paragraph 35 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are

without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 35 of the Complaint and therefore deny the same.

36. The allegations contained in paragraph 36 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 36 of the Complaint and therefore deny the same.

37. The allegations contained in paragraph 37 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 37 of the Complaint and therefore deny the same.

## FOURTH CLAIM FOR RELIEF
### (Avoidance and Recovery of Actual Intent Voidable Transactions – State Law)

38. Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

39. The allegations contained in paragraph 39 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 39 of the Complaint and therefore deny the same.

40. The allegations contained in paragraph 40 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 40 of the Complaint and therefore deny the same.

41. The allegations contained in paragraph 41 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 41 of the Complaint and therefore deny the same.

42. The allegations contained in paragraph 42 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 42 of the Complaint and therefore deny the same.

43. The allegations contained in paragraph 43 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 43 of the Complaint and therefore deny the same.

44.     The allegations contained in paragraph 44 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 44 of the Complaint and therefore deny the same.

## FIFTH CLAIM FOR RELIEF
### (Avoidance and Recovery of Constructive Voidable Transactions – State Law)

45.     Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

46.     The allegations contained in paragraph 46 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 46 of the Complaint and therefore deny the same.

47.     The allegations contained in paragraph 47 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 47 of the Complaint and therefore deny the same.

48.     The allegations contained in paragraph 48 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 48 of the Complaint and therefore deny the same.

49.     The allegations contained in paragraph 49 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 49 of the Complaint and therefore deny the same.

50.     The allegations contained in paragraph 50 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 50 of the Complaint and therefore deny the same.

51.     The allegations contained in paragraph 51 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 51 of the Complaint and therefore deny the same.

## SIXTH CLAIM FOR RELIEF
### (Sale of Unregistered Securities (Securities Act Sections 5(a), 5(c), and 12(a)))

52.    Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

53.    The allegations contained in paragraph 53 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 53 of the Complaint and therefore deny the same.

54.    The allegations contained in paragraph 54 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 54 of the Complaint and therefore deny the same.

55.    Defendants deny the allegations contained in paragraph 55 of the Complaint.

56.    The allegations contained in paragraph 56 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 56 of the Complaint and therefore deny the same.

57.    The allegations contained in paragraph 57 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 57 of the Complaint and therefore deny the same.

58.    The allegations contained in paragraph 58 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 58 of the Complaint and therefore deny the same.

## SEVENTH CLAIM FOR RELIEF
### (Fraud)

59.    Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

60.    Defendants deny the allegations of paragraph 60 of the Complaint.

61.    The allegations contained in paragraph 61 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 61 of the Complaint and therefore deny the same.

62.    Defendants deny the allegations of paragraph 62 of the Complaint. Further, The allegations contained in paragraph 62 of the Complaint contain legal conclusions to which no response is required.

63.    The allegations contained in paragraph 63 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 63 of the Complaint and therefore deny the same.

64.    The allegations contained in paragraph 64 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 64 of the Complaint and therefore deny the same.

**EIGHTH CLAIM FOR RELIEF**
**(Aiding and Abetting Fraud)**

65.    Defendants incorporate by this reference the admissions and denials contained in foregoing paragraphs as though fully set forth herein.

66.    The allegations contained in paragraph 66 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 66 of the Complaint and therefore deny the same.

67.    Defendants deny the allegations of paragraph 67 of the Complaint.

68.    Defendants deny the allegations of paragraph 68 of the Complaint.

69.    The allegations contained in paragraph 69 of the Complaint contain legal conclusions to which no response is required. Defendants admit they received income and bonuses. Defendants deny the remaining allegations of paragraph 69, specifically Defendants deny they substantially benefit from any amounts received.

70.    The allegations contained in paragraph 70 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in Paragraph 70 of the Complaint and therefore deny the same.

71.    The allegations contained in the Prayer for Relief of the Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form belief as to the truth of the allegations asserted in the Prayer for Relief of the Complaint and therefore deny the same.

## **GENERAL DENIALS**

72.     Defendants deny each and every allegation not specifically admitted herein.

73.     Defendants deny Plaintiff is entitled to the relief requested in the Complaint.

## **AFFIRMATIVE DEFENSES**

1.     Plaintiff has failed to state a claim upon which relief may be granted.

2.     The alleged injuries or damages, if any, were not the result of any act or omission by Defendants, but were due to the acts or omissions of third parties over whom Defendants have no control, or by other superseding causes outside Defendants control.

3.     Plaintiff failed to exercise reasonable care and diligence to mitigate damages, if any.

4.     Plaintiff's claims are barred by the Plaintiff's own wrongful conduct.

5.     Plaintiff is the cause of its own damages, if any

6.     Plaintiff's claims are barred by its fraud, concealment, and/or breach of fiduciary duty.

7.     Plaintiff's claims are barred in whole or in part by setoff.

8.     Plaintiff's claims are barred in whole or in part by recoupment.

9.     Plaintiff's claims are barred by the doctrine of equity.

10.     Plaintiff's claims are barred in whole or in part by the doctrine of waiver, estoppel, and/or unclean hands.

11.     Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations.

12.     Plaintiff's claims are barred in whole or in part by the doctrine of laches.

13.     Plaintiff's recovery is barred in whole or in part by the terms of the agreement.

14.     Any amounts were received in the ordinary course of business.

15.     Debtor was not insolvent or became insolvent as a result of any alleged transfers.

16.     Debtor received reasonably equivalent value in exchange for any alleged transfers.

17.     Upon information and belief, any alleged transfers were not property of the Debtor's bankruptcy estate.

18.     Defendants received any alleged transfers in good faith for value.

19.     Defendants lack any net profits and/or substantial benefits received from any alleged transfers.

20.     Any alleged transfers were not received by Mr. Campbell personally.

21.     Defendants received any alleged transfers without knowledge of the voidability of such alleged transfers.

22.     Defendants were a mere unwitting participant in acts of the Debtor(s).

23.     Defendants hereby give notice that they intend to rely upon such other and further defenses as may become available or apparent during the discovery process and hereby reserves their rights to amend their Answer to assert, modify, or withdraw any such defenses as facts may become known during discovery or otherwise during the proceeding of this case.

WHEREFORE, Defendants respectfully requests that the Court Dismiss Plaintiff's claims and award Defendants damages, costs and attorneys' fees, along with all further relief the Court deems just and proper.

January 16, 2025                          SEITZ, VAN OGTROP & GREEN, P.A.

                                        /s/ James S. Green, Jr.
                                        James S. Green, Jr. (#4406)
                                        222 Delaware Avenue, Suite 1500
                                        Wilmington, DE 19801
                                        (302) 888-0600
                                        jsgreen@svglaw.com

                                        *Counsel to Defendants*