**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding No. 19-50965 (JKS) |
| v. | **Re: Docket No. 82** |
| JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Colin R. Robinson, hereby certify that on the 23rd day of January, 2025, I caused a copy of the following document to be served on James S. Green, Jr. via email at jsgreen@svglaw.com:

**Motion for Leave to File Sur-Reply in Further Support of Motion for Partial Summary Judgment and in Response to Reply in Support of Cross-Motion [Docket No. 82]**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows:  Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.a

DE:4920-3851-6749.2 94811.003