# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                     Plaintiff,<br><br>                     v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br><br>                     Defendant. | Adversary Proceeding<br>No. 19-50965 (JKS)<br><br>**Re: Docket No. 71** |

## NOTICE OF COMPLETION OF BRIEFING REGARDING
## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), in the above-captioned case, hereby provides notice that briefing has been completed with respect to *Plaintiff's Motion for Partial Summary Judgment* (the "Motion") [Docket No. 71] filed on October 31, 2024. Below is a list of all relevant pleadings and docket numbers filed and related to the Motion.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

4931-8459-6249.1 94811.003

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| **Plaintiff's Motion for Partial Summary Judgment** ||||
| 1 | 10/31/24 | [71](#) | Plaintiff's Motion for Partial Summary Judgment |
| 2 | 10/31/24 | [72](#) | Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment |
| 3 | 10/31/24 | [73](#) | Declaration of Bradley D. Sharp in Support of Plaintiff's Motion for Partial Summary Judgment |
| 4 | 10/31/24 | [74](#) | Declaration of Nicholas R. Troszak in Support of Plaintiff's Motion for Partial Summary Judgment |
| 5 | 10/31/24 | [75](#) | Request for Judicial Notice in Support of Plaintiff's Motion for Partial Summary Judgment |
| 6 | 12/20/24 | [77](#) | Defendants' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment and James E. Campbell, Jr.'s Cross Motion for Summary Judgment |
| 7 | 01/03/25 | [78](#) | Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment |
| 8 | 01/16/25 | [80](#) | James E. Campbell, Jr.'s Reply in Support of Cross Motion for Summary Judgment |
| 9 | 01/23/25 | [82](#) | Motion for Leave to File Sur-Reply in Further Support of Motion for Partial Summary Judgment and in Response to Reply in Support of Cross-Motion |

Dated:  February 12, 2025      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Jason S. Pomerantz (CA Bar No. 157216)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
       jspomerantz@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel to the Plaintiff*