# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>           Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES E. CAMPBELL JR. INC. (D/B/A CAMPBELL FINANCIAL CORP.), and JAMES E. CAMPBELL, JR.,<br><br>           Defendants. | Adversary Proceeding<br><br>Case No. 19-50965 (JKS)<br><br><br><br><br><br>**Ref. Docket No. 84** |

## <u>CERTIFICATE OF SERVICE</u>

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2025, I caused to be served the "Notice of Completion of Briefing Regarding Plaintiff's Motion for Partial Summary Judgment," dated February 12, 2025 [Docket No. 84], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        */s/ Sharna Wilson*
        Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Lead Case No. 17-12560 (JKS)
First Class Mail Adversary Case No. 19-50965 Service List

JAMES E. CAMPBELL
PO BOX 5167
WOODLAND PARK, CO 80866

JAMES E. CAMPBELL JR. INC
ATTN JAMES E. CAMPBELL JR., R/A
1067 E US HWY 24, #182
WOODLAND PARK, CO 80866