# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 4970** |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br>GAULAN FINANCIAL, LLC,<br><br>BCM BENEFITS INC. AND RANCE BRADSHAW,<br>DEB BRUNDAGE,<br><br>　　　　　　　Defendants. | Adv. Proc. Case No. 19-50965 (JKS)<br>**Re: Docket No. 86**<br><br>Adv. Proc. Case No. 19-51012 (JKS)<br>**Re: Docket No. 84**<br>Adv. Proc. Case No. 19-51065 (JKS)<br>**Re: Docket No. 38**<br>Adv. Proc. Case No. 19-51069 (JKS)<br>**Re: Docket No. 91** |

## ORDER SCHEDULING STATUS CONFERENCE

　　　　　Upon consideration of the Liquidation Trust's *Request for a Status Conference* (the "Request"); and the Court having determined that the relief sought in the Request is in the best

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

4936-5705-9179.1 94811.003

interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Court shall conduct a status conference on the Liquidation Trust's pending adversary actions, including those listed in the Request, on **October 16, 2025 at 11:00 a.m. (ET)**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: September 26th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4936-5705-9179.1 94811.003                              2