## SIGN-IN SHEET

| CASE NAME | COURTROOM #5 |
|---|---|
| Woodbridge | |
| CASE NUMBER: 17-12560 | DATE: 10/16/2025 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| James Green | Seitz Van Ogtrop + Green | Campbell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 11:00 AM

### 17-12560-JKS Woodbridge Group of Companies, LLC

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|-------------|------|-----|-------------|
| Rick Archer | Law360 | | 11:00 AM | Audio Only | no |
| Mary Caloway | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Clara Geoghegan | Law360 | | 11:00 AM | Audio Only | no |
| Uday Gorrepati | | | 11:00 AM | Audio Only | no |
| Jeffrey Nolan | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 11:00 AM | Audio Only | no |
| Alex Wittenberg | Law360 | | 11:00 AM | Audio Only | no |

### 19-50965-JKS Goldberg v. James E. Campbell Jr. Inc. et al

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|-------------|------|-----|-------------|
| Mary Caloway | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Nolan | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |

### 19-51012-JKS Goldberg v. Gaulan Financial LLC

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| Mary Caloway | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Nolan | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |

## 19-51065-JKS Goldberg v. BCM Benefits Inc. et al

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| Mary Caloway | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Nolan | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |

## 19-51069-JKS Goldberg v. Brundage

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|--------------|------|-----|-------------|
| Mary Caloway | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Nolan | Pachulski Stang Ziehl & Jones LLP | Liquidation Trust | 11:00 AM | Zoom(Video and Audio) | yes |