## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>               Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>               Plaintiff,<br><br>        v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br><br>               Defendants. | Adv. Proc. Case No. 19-50965 (JKS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2026 AT 3:00 P.M. (EASTERN TIME)

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

**ORAL ARGUMENT**

1.  Plaintiff's Motion for Partial Summary Judgment [Filed: 10/31/24] (Docket No. 71).

    Response Deadline:    November 14, 2024.

    Responses Received:

    a)    Defendants' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment and James E. Campbell, Jr.'s Cross Motion for Summary Judgment [Filed: 12/20/24] (Docket No. 77).

    Replies Filed:

    a)    Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment [Filed: 1/3/25] (Docket No. 78).

    b)    James E. Campbell, Jr.'s Reply in Support of Cross Motion for Summary Judgment [Filed: 1/16/25] (Docket No. 80).

    c)    Motion for Leave to File Sur-Reply in Further Support of Motion for Partial Summary Judgment and in Response to Reply in Support of Cross-Motion [Filed: 1/23/25] (Docket No. 82).

    Related Documents:

    a)    Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment [Filed: 10/31/24] (Docket No. 72).

    b)    Declaration of Bradley D. Sharp in Support of Plaintiff's Motion for Partial Summary Judgment [Filed: 10/31/24] (Docket No. 73).

    c)    Declaration of Nicholas R. Troszak in Support of Plaintiff's Motion for Partial Summary Judgment [Filed: 10/31/24] (Docket No. 74).

    d)    Request for Judicial Notice in Support of Plaintiff's Motion for Partial Summary Judgment [Filed: 10/31/24] (Docket No. 75).

    e)    Notice of Completion of Briefing Regarding Plaintiff's Motion for Partial Summary Judgment [Filed: 2/12/25] (Docket No. 84).

    Status:  Oral argument will go forward on this matter.

Dated:   March 23, 2026       PACHULSKI STANG ZIEHL & JONES LLP
         Wilmington, Delaware

*/s/ Mary F. Caloway*
Richard M. Pachulski (*pro hac vice*)
Andrew W. Caine (*pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
         acaine@pszjlaw.com
         bsandler@pszjlaw.com
         mcaloway@pszjlaw.com

-and-

KTBS LAW LLP
*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Sasha M. Gurvitz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Tel:     (310) 407-4000
Fax:     (310) 407-9090

*Counsel to the Liquidation Trust*