## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>   Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>   Plaintiff,<br><br>  v.<br><br>JAMES E. CAMPBELL, JR. INC. (d/b/a CAMPBELL FINANCIAL CORP.) and JAMES E. CAMPBELL, JR.,<br><br>   Defendants. | Adversary Proceeding<br>Case No. 19-50965 (JKS) |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS</u>

**PLEASE TAKE NOTICE** that James S. Green, Jr., Delaware counsel to Defendants James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.) and James E. Campbell, Jr., is now affiliated with Cole Schotz P.C.  Effective immediately, Mr. Green's law firm affiliation and contact information is as follows:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

40000/1113-52773758

2

James S. Green, Jr.
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
302-651-2016
jgreen@coleschotz.com

**COLE SCHOTZ P.C.**

*/s/ James S. Green, Jr.*
James S. Green, Jr. (No. 4406)
500 Delaware Avenue, Suite 600
Wilmington, DE  19801
(302) 651-2016 (Phone)
(302) 652-3117 (Fax)
jgreen@coleschotz.com

*Counsel for Defendants,*
*James E. Campbell Jr. Inc.*
*(d/b/a Campbell Financial Corp.)*
*and James E. Campbell, Jr.*

Dated: <u>March 23, 2026</u>

40000/1113-52773758