**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | Jointly Administered |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adv. Pro. No. 19-50965 (JKS) |
| v. | **Related Adv. D.I. 71-75, 77-78, 80-82, 84, and 100** |
| JAMES E. CAMPBELL, JR. INC. (D/B/A CAMPBELL FINANCIAL CORP.) and JAMES E. CAMPBELL, JR., | |
| Defendants. | |

**ORDER AND JUDGMENT**

This matter having come before the Court on (A) Plaintiff's Motion for Partial Summary Judgment (the "Motion"), filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in Plaintiff's favor and against Defendants ("Defendants") on the Second, Third, Fourth and Fifth Claims in the Adversary Complaint for (I) Avoidance and Recovery of Avoidable Transfers; and (II) Sale of Unregistered Securities, for fraud, and for Aiding and Abetting Fraud [Adv. D.I. 1] (the "Complaint"); and (B) James E. Campbell, Jr.'s Cross Motion for Summary Judgment [Adv. D.I. 77) seeking summary judgment in favor of Individual Defendant and against Plaintiff on the

Second, Third, Fourth and Fifth Claims, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's Motion for Leave to File Sur-Reply in Further Support of Motion for Partial Summary Judgment and in Response to Reply in Support of the Cross Motion for Summary Judgment (Adv. D.I. 82) is GRANTED.

2.      Plaintiff's Motion for Summary Judgment is GRANTED, in part, and DENIED, in part.

3.      Defendant James E. Campbell, Jr.'s Motion for Summary Judgment is DENIED.

4.      Summary Judgment in favor of the Plaintiff is granted as to the Second and Fourth Claims for avoidance and recovery of actual intent fraudulent transfers under section 548(a)(1)(A) of the Bankruptcy Code and section 3439.04(a)(1) of the California Civil Code.

5.      Summary Judgment in favor of the Plaintiff is granted as to the Third Claim for avoidance and recovery of constructive fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code.

6.      Summary Judgment is denied as to the Fifth Claim for avoidance and recovery of constructive fraudulent transfers under section 3439.04(a)(2) of the California Civil Code.

7.      Judgment is awarded in favor of the Plaintiff and against Defendants for Plaintiff's Second, Third and Fourth Claims, as follows:

$36,730.00 against Defendant James E. Campbell, Jr.

$112.00 against Defendant James Campbell Jr., Inc.

$197,294.00 against Defendant Campbell Financial Corp.

8.      Plaintiff is authorized to take all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order.

9.      The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Order.

10.     This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: May 6, 2026

_____
J. Kate Stickles
United States Bankruptcy Judge