**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| v. | |
| JAMES E. CAMPBELL JR. INC. (d/b/a CAMPBELL FINANCIAL CORP.), and JAMES E. CAMPBELL, JR., | Adv. Proc. Case No. 19-50965 (JKS) |
| Defendants. | **Ref. Docket Nos. 100 – 101** |

**CERTIFICATE OF SERVICE**

I, ANGELA CHACHOFF, hereby certify that:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 8, 2026, I caused to be served the:

    a.  "Memorandum Opinion," dated May 6, 2026 [Docket No. 100], and

    b.  "Order and Judgment," dated May 6, 2026 [Docket No. 101],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to the party listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| JAMES E. CAMPBELL | ADDRESS ON FILE |
| JAMES E. CAMPBELL JR. INC | ATTN JAMES E. CAMPBELL JR., R/A 1067 E US HWY 24, #182 WOODLAND PARK CO 80866 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: JAMES S GREEN JR. 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |

**Total Creditor count: 3**

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Lead Case No. 17-12560 (JKS)

Electronic Mail Adv. Proc. Case No. 19-50965 Service List

| Name | Attention | Email Address |
|---|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: James S. Green, Jr. | jsgreen@svglaw.com |